| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF ILLINOIS | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  **P3 FOODS, L.L.C.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**DBA  Burger King**

**3. Debtor's federal Employer Identification Number** (EIN)   **46-3204777**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **15715 S. Route 59** <br> **Plainfield, IL 60544** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Will** <br> County | Location of principal assets, if different from principal place of business <br> **9 stores located in or around Minneapolis MN** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
  ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
  ☐ Partnership (excluding LLP)
  ☐ Other. Specify: _____

Debtor **P3 FOODS, L.L.C.**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

11. **Why is the case filed in *this district?*** *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.    Insurance agency _____
              Contact name _____
              Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**    *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    ☐ 1-49
    ■ 50-99
    ☐ 100-199
    ☐ 200-999

    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000

    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than100,000

15. **Estimated Assets**

    ■ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million

    ☐ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million

    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million

    ■ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million

    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

Debtor **P3 FOODS, L.L.C.** Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 6, 2016**
MM / DD / YYYY

**X  /s/ Anthony Pendolino**          **Anthony Pendolino**
Signature of authorized representative of debtor          Printed name

Title **General Manager**

**18. Signature of attorney**

**X  /s/ Richard L. Hirsh**          Date **October 6, 2016**
Signature of attorney for debtor          MM / DD / YYYY

**Richard L. Hirsh**
Printed name

**Richard L. Hirsh, P.C.**
Firm name

**1500 Eisenhower Lane**
**Suite 800**
**Lisle, IL 60532-2135**
Number, Street, City, State & ZIP Code

Contact phone **630 434-2600**          Email address **richala@sbcglobal.net**

**1225936**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

Fill in this information to identify the case:
Debtor name: **P3 FOODS, L.L.C.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **20 20 Franchise National Franchise Associates LLC 400 E 22nd St Suite A Lombard, IL 60148** | | remodeling charges | | | | $4,910.79 |
| **Advocate Financial Group 940 E Diehl Rd Naperville, IL 60563** | | consulting fees | | | | $12,500.00 |
| **Alpine Diversified Services Abby Corr 4857 University Ave NE Minneapolis, MN 55421** | | repair services | | | | $8,459.93 |
| **American Express Fin Mem Mail Hub ATN Mercht Fnancng MailCode 2402-18 2401 W Behrend Dr Suite 55 Phoenix, AZ 85027** | | working capital | | $35,497.28 | $0.00 | $35,497.28 |
| **Brainerd Enterprises Dave Jenkins 2820 15th Ave SW Rochester, MN 55902** | | rent and property taxes | | | | $10,833.00 |
| **Burger King Corp 5505 Blue Lagoon Drive Miami, FL 33126-2029** | | royalties, rent, advertising, property taxes | | | | $771,452.94 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **P3 FOODS, L.L.C.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Haas Landscaping LLC**<br>656 36th Ave NE<br>Minneapolis, MN 55401 | | landscaping | | | | $4,870.10 |
| **Hartford Insurance Property**<br>PO BOX 660916<br>Dallas, TX 75266-0916 | | insurance premiums | | | | $8,000.00 |
| **J&K Restaurant Services**<br>11950 185th Street West<br>Lakeville, MN 55044 | | repair services | | | | $3,681.75 |
| **Minnesota Dept of Revenue**<br>PO BOX 64622<br>Saint Paul, MN 55164-0622 | | unpaid sales tax | | | | $458,082.61 |
| **NUCO2 INC**<br>PO BOX 417902<br>Boston, MA 02241-7902 | | repair services | | | | $2,646.28 |
| **On Deck**<br>1400 Broadway 25th Floor<br>New York, NY 10018 | | Corporate Debt | | | | $21,860.00 |
| **PABS**<br>5000 Legacy Dr Suite 410<br>Plano, TX 75024 | | garbage pick up | | | | $4,213.72 |
| **Pan-O-Gold Baking Co**<br>444 E Germain St<br>PO BOX 848<br>Saint Cloud, MN 56302-0848 | | food | | | | $70,260.80 |
| **RF Technologies**<br>542 S Prairie<br>Bethalto, IL 62010 | | repair and parts | | | | $5,450.22 |
| **Service Master**<br>PO BOX 2805<br>Baxter, MN 56425 | | repair services | | | | $2,732.69 |
| **Sicom Systems Inc**<br>4434 Progress Meadow Dr<br>Doylestown, PA 18902 | | point of sale equipment | | | | $6,650.15 |
| **Swami Consulting**<br>1509 Lakeland Blvd<br>Mattoon, IL 61938 | | accounting services | | | | $14,400.00 |

| Debtor **P3 FOODS, L.L.C.** | | | | Case number *(if known)* | | |
| Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TSBL Distributing**<br>**Chad Hadn**<br>**1475 Commerce Dr**<br>**Suite 100**<br>**Saint Paul, MN**<br>**55120** | | repairs | | | | $5,963.13 |
| **Xcel Energy**<br>**PO BOX 9477**<br>**Minneapolis, MN**<br>**55484-9477** | | electric bill | | | | $24,846.82 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

20 20 Franchise
National Franchise Associates LLC
400 E 22nd St Suite A
Lombard, IL 60148

Brainerd Public Utilities
8027 Highland Scenic Rd
PO BOX 373
Brainerd, MN 56401

City of West St Paul
1616 Humboldt Ave
Saint Paul, MN 55118

AA Equipment
Nick Larsen
2212 Minnehaha Ave
Minneapolis, MN 55404

Burger King Corp
5505 Blue Lagoon Drive
Miami, FL 33126-2029

Comcast
PO BOX 34227
Seattle, WA 98124-1227

Advocate Financial Group
940 E Diehl Rd
Naperville, IL 60563

CenterPoint Energy
505 Nicollet Mall
PO BOX 59038
Minneapolis, MN 55459-0038

Connover Packaging Inc
119 Despatch Dr
East Rochester, NY 14445

Alpine Diversified Services
Abby Corr
4857 University Ave NE
Minneapolis, MN 55421

Century Link
PO BOX 91154
Seattle, WA 98111-9254

Corporate Mechanical
5114 Hillsboro Ave
Minneapolis, MN 55428

American Express Fin Mem Mail Hub
ATN Mercht Fnancng MailCode 2402-18
2401 W Behrend Dr Suite 55
Phoenix, AZ 85027

City of Eden Prairie
8080 Mitchell Rd
Eden Prairie, MN 55344

CPENERGY MNGCO
Centerpoint Energy
PO BOX 4671
Houston, TX 77210-4671

Arcade Electric Co
Karen McConnell
1550 91st Ave NE Suite 201
Minneapolis, MN 55449

City of Minneapolis
Health Dept-Environmental Health Dv
250 S Fourth St Room 414
Minneapolis, MN 55415

CST Corporation
Geri Brasfield
1225 Carnegie Street Suite 106
Rolling Meadows, IL 60008

Archway
Kari Lenneman
26049 Network Place
Chicago, IL 60673-1260

City of Minneapolis - Utilities
250 S 4th St Rm 200`
Minneapolis, MN 55415

CTC
PO BOX 767
Brainerd, MN 56401

B&C Services LLC
Carol Bennes
10 17th Ave SE
Saint Joseph, MN 56374

City of Minneapolis - Utilities
c/o 350 S 5th St
Minneapolis, MN 55415

Direct TV
PO BOX 60036
Los Angeles, CA 90060-0036

Bertram Electric
22528 182nd Ave
Saint Cloud, MN 56302

City of Plymouth - Utilities
Finance Dept
3400 Plymouth Blvd
Minneapolis, MN 55447

DMI Manufacturing Inc
Rose Mary
7177 Industrial Park Blvd
Mentor, OH 44060

Brainerd Enterprises
Dave Jenkins
2820 15th Ave SW
Rochester, MN 55902

City of St Cloud - Utilities
PO BOX 1501
Saint Cloud, MN 56302-1501

East Side Glass
305 Franklin Ave NE
Saint Cloud, MN 56304

Ecolab
24673 Network Place
Chicago, IL 60673-1246

McKee Sign Service
PO BOX 9896
Saint Paul, MN 55109

Paradigm Tax Group
3200 N Central Ave Suite 300
Phoenix, AZ 85012

Element Financial Corp
PO BOX 71425
Chicago, IL 60694-1425

Mike Scholtes Refrigeration Inc
4219 75th Ave SE
Saint Cloud, MN 56304

Plunkett's Pest Control Inc
40 NE 52nd Way
Minneapolis, MN 55421

Franke Resupply Systems Inc
8007 Innovation Way
Chicago, IL 60682-0080

Minnesota Dept of Revenue
PO BOX 64622
Saint Paul, MN 55164-0622

Protection One
PO BOX 219044
Kansas City, MO 64121-9044

Global Graphics and Design Inc
1625 W Candletree Dr
Peoria, IL 61614

Minnesota Dept of Revenue
600 North Robert Street
Saint Paul, MN 55146

Rathbun, Cservenyak & Kozol, LLC
3260 Executive Dr.
Joliet, IL 60431

Haas Landscaping LLC
656 36th Ave NE
Minneapolis, MN 55401

Moe's Lawn and Landscaping
8650 Country Rd 107
Nisswa, MN 56468

Redking Foods LLC
11775 Justen Circle Suite B
Osseo, MN 55369

Hartford Insurance Property
PO BOX 660916
Dallas, TX 75266-0916

NFA
2 MidAmerica Plz Suite 120
Villa Park, IL 60181

RF Technologies
542 S Prairie
Bethalto, IL 62010

ICEE
1205 Dupont Ave
Ontario, CA 91761

NUCO2 INC
PO BOX 417902
Boston, MA 02241-7902

Roto-Rooter Services
Diane Drummer
5672 Collections Center Drive
Chicago, IL 60693

J&K Restaurant Services
11950 185th Street West
Lakeville, MN 55044

On Deck
1400 Broadway 25th Floor
New York, NY 10018

See Clear Window Cleaning
13411 Memorywood Dr
Baxter, MN 56425

Just Contracting
Carrie Bergstrom
24215 Idalia Ave
Lakeville, MN 55044

PABS
5000 Legacy Dr Suite 410
Plano, TX 75024

Service Master
PO BOX 2805
Baxter, MN 56425

LEAF
PO BOX 742647
Cincinnati, OH 45274-2647

Pan-O-Gold Baking Co
444 E Germain St
PO BOX 848
Saint Cloud, MN 56302-0848

Shamrock Group
2900 5th Avenue South
Minneapolis, MN 55408-5408

Shoes for Crews Inc
PO BOX 504634
Saint Louis, MO 63150-4634

Sicom Systems Inc
4434 Progress Meadow Dr
Doylestown, PA 18902

St Paul Regional Water Services
Board of Water Commissioners
1900 Rice St
Saint Paul, MN 55113-6810

Supreme Lawn and Landscaping
PO BOX 7271
Saint Cloud, MN 56302

Swami Consulting
1509 Lakeland Blvd
Mattoon, IL 61938

TSBL Distributing
Chad Hadn
1475 Commerce Dr Suite 100
Saint Paul, MN 55120

Twin City Filter Service Inc
2529 25th Ave S
Minneapolis, MN 55406

Xcel Energy
PO BOX 9477
Minneapolis, MN 55484-9477

# United States Bankruptcy Court
## Northern District of Illinois

In re **P3 FOODS, L.L.C.**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **P3 FOODS, L.L.C.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 6, 2016**  
Date

**/s/ Richard L. Hirsh**  
**Richard L. Hirsh 1225936**  
Signature of Attorney or Litigant  
Counsel for **P3 FOODS, L.L.C.**  
**Richard L. Hirsh, P.C.**  
**1500 Eisenhower Lane**  
**Suite 800**  
**Lisle, IL 60532-2135**  
**630 434-2600 Fax:630 434-2626**  
**richala@sbcglobal.net**