10/06/16 4:54PM

**United States Bankruptcy Court**
**Northern District of Illinois**

In re   P3 FOODS, L.L.C.                                                            Case No.
                                              Debtor(s)                              Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **P3 FOODS, L.L.C.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


October 6, 2016                                     /s/ Richard L. Hirsh
Date                                                **Richard L. Hirsh 1225936**
                                                    Signature of Attorney or Litigant
                                                    Counsel for   **P3 FOODS, L.L.C.**
                                                    **Richard L. Hirsh, P.C.**
                                                    **1500 Eisenhower Lane**
                                                    **Suite 800**
                                                    **Lisle, IL 60532-2135**
                                                    **630 434-2600 Fax:630 434-2626**
                                                    **richala@sbcglobal.net**