Fill in this information to identify the case:

Debtor name: **P3 FOODS, L.L.C.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known): **16-32021**

☒ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                                  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 20 Franchise National Franchise Associates LLC  400 E 22nd St Suite A  Lombard, IL 60148 | | remodeling charges | | | | $4,910.79 |
| Advocate Financial Group  940 E Diehl Rd  Naperville, IL 60563 | | consulting fees | | | | $12,500.00 |
| Alpine Diversified Services  Abby Corr  4857 University Ave NE  Minneapolis, MN 55421 | | repair services | | | | $8,459.93 |
| American Express  Fin Mem Mail Hub ATN Mercht Fnancng MailCode 2402-18  2401 W Behrend Dr Suite 55  Phoenix, AZ 85027 | | working capital | | | | $35,497.28 |
| Brainerd Enterprises  Dave Jenkins  2820 15th Ave SW  Rochester, MN 55902 | | rent and property taxes | | | | $10,833.00 |
| Burger King Corp  5505 Blue Lagoon Drive  Miami, FL 33126-2029 | | royalties, rent, advertising, property taxes | | | | $771,452.94 |

Debtor **P3 FOODS, L.L.C.**
Name

Case number *(if known)* **16-32021**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Haas Landscaping LLC<br>656 36th Ave NE<br>Minneapolis, MN 55401 | | landscaping | | | | $4,870.10 |
| Hartford Insurance Property<br>PO BOX 660916<br>Dallas, TX 75266-0916 | | insurance premiums | | | | $8,000.00 |
| LEAF<br>PO BOX 742647<br>Cincinnati, OH 45274-2647 | | equipment in storage location | | | | $43,220.00 |
| Minnesota Dept of Revenue<br>PO BOX 64622<br>Saint Paul, MN 55164-0622 | | unpaid sales tax | | $458,082.61 | $0.00 | $458,082.61 |
| NFA<br>2 MidAmerica Plz<br>Suite 120<br>Villa Park, IL 60181 | | leasehold improvements and equipment store #9 | | | | $264,454.00 |
| On Deck<br>1400 Broadway 25th Floor<br>New York, NY 10018 | | Corporate Debt | | | | $21,860.00 |
| PABS<br>5000 Legacy Dr<br>Suite 410<br>Plano, TX 75024 | | garbage pick up | | | | $4,213.72 |
| Pan-O-Gold Baking Co<br>444 E Germain St<br>PO BOX 848<br>Saint Cloud, MN 56302-0848 | | food | | | | $70,260.80 |
| Reinhart Foodservice<br>PO Box 58<br>Rogers, MN 55374-0058 | | product delivered | | | | $65,000.00 |
| RF Technologies<br>542 S Prairie<br>Bethalto, IL 62010 | | repair and parts | | | | $5,450.22 |
| Sicom Systems Inc<br>4434 Progress Meadow Dr<br>Doylestown, PA 18902 | | point of sale equipment | | | | $6,650.15 |
| Swami Consulting<br>1509 Lakeland Blvd<br>Mattoon, IL 61938 | | accounting services | | | | $14,400.00 |

| Debtor | **P3 FOODS, L.L.C.** | | Case number *(if known)* | **16-32021** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TSBL Distributing**<br>**Chad Hadn**<br>**1475 Commerce Dr**<br>**Suite 100**<br>**Saint Paul, MN**<br>**55120** | | repairs | | | | $5,963.13 |
| **Xcel Energy**<br>**PO BOX 9477**<br>**Minneapolis, MN**<br>**55484-9477** | | electric bill | | | | $24,846.82 |