10/19/16 6:45PM

**Fill in this information to identify the case:**

Debtor name: **P3 FOODS, L.L.C.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): 16-32021

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Element Financial Corp**<br>Creditor's Name<br><br>**PO BOX 71425**<br>**Chicago, IL 60694-1425**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**interior leasehold improvements and equipment in 8 stores**<br><br>Describe the lien<br>**UCC Lien**<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br><br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $689,965.62 | Unknown |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $689,965.62

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name: **P3 FOODS, L.L.C.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): **16-32021**

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**IRS**<br>**PO BOX 7345**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,754.09 | $2,221.88 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Minnesota Dept of Revenue**<br>**PO BOX 64622**<br>**Saint Paul, MN 55164-0622** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $458,082.61 | $458,082.61 |
| | Date or dates debt was incurred | Basis for the claim:<br>**unpaid sales tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor **P3 FOODS, L.L.C.**
Name

Case number (if known) **16-32021**

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**20 20 Franchise**<br>**National Franchise Associates LLC**<br>**400 E 22nd St Suite A**<br>**Lombard, IL 60148**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** remodeling charges<br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,910.79** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**AA Equipment**<br>**Nick Larsen**<br>**2212 Minnehaha Ave**<br>**Minneapolis, MN 55404**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** equipment parts supplier<br>Is the claim subject to offset? ■ No  ☐ Yes | **$668.85** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Advocate Financial Group**<br>**940 E Diehl Rd**<br>**Naperville, IL 60563**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** consultant<br>Is the claim subject to offset? ■ No  ☐ Yes | **$12,500.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Alpine Diversified Services**<br>**Abby Corr**<br>**4857 University Ave NE**<br>**Minneapolis, MN 55421**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** repair service<br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,459.93** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**American Express Fin Mem Mail Hub**<br>**ATN Mercht Fnancng MailCode 2402-18**<br>**2401 W Behrend Dr Suite 55**<br>**Phoenix, AZ 85027**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** working capital<br>Is the claim subject to offset? ■ No  ☐ Yes | **$35,497.28** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Arcade Electric Co**<br>**Karen McConnell**<br>**1550 91st Ave NE Suite 201**<br>**Minneapolis, MN 55449**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** electrician services<br>Is the claim subject to offset? ■ No  ☐ Yes | **$485.24** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Archway**<br>**Kari Lenneman**<br>**26049 Network Place**<br>**Chicago, IL 60673-1260**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** repair service<br>Is the claim subject to offset? ■ No  ☐ Yes | **$13.18** |

| Debtor | **P3 FOODS, L.L.C.** | Case number (if known) | **16-32021** |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**B&C Services LLC**<br>**Carol Bennes**<br>**10 17th Ave SE**<br>**Saint Joseph, MN 56374**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** repair service<br><br>Is the claim subject to offset? ■ No ☐ Yes | $193.29 |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Bertram Electric**<br>**22528 182nd Ave**<br>**Saint Cloud, MN 56302**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** repair service<br><br>Is the claim subject to offset? ■ No ☐ Yes | $147.25 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Brainerd Enterprises**<br>**Dave Jenkins**<br>**2820 15th Ave SW**<br>**Rochester, MN 55902**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** rent property taxes<br><br>Is the claim subject to offset? ■ No ☐ Yes | $10,833.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Brainerd Public Utilities**<br>**8027 Highland Senic Rd**<br>**PO BOX 373**<br>**Brainerd, MN 56401**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** utility<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,500.00 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Burger King Corp**<br>**5505 Blue Lagoon Drive**<br>**Miami, FL 33126-2029**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** rent, property tax, royalties, advertising<br><br>Is the claim subject to offset? ■ No ☐ Yes | $771,452.94 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Century Link**<br>**PO BOX 91154**<br>**Seattle, WA 98111-9254**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Internet<br><br>Is the claim subject to offset? ■ No ☐ Yes | $107.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**City of Eden Prairie**<br>**8080 Mitchell Rd**<br>**Eden Prairie, MN 55344**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** water<br><br>Is the claim subject to offset? ■ No ☐ Yes | $150.00 |

Debtor **P3 FOODS, L.L.C.**      Case number (if known) **16-32021**
Name

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**City of Minneapolis**<br>**Health Dept-Environmental Health Dv**<br>**250 S Fourth St Room 414**<br>**Minneapolis, MN 55415**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** annual license<br>Is the claim subject to offset? ■ No  ☐ Yes | $475.00 |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**City of Minneapolis - Utilities**<br>**250 S 4th St Rm 200`**<br>**Minneapolis, MN 55415**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** utilities<br>Is the claim subject to offset? ■ No  ☐ Yes | $500.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**City of Plymouth - Utilities**<br>**Finance Dept**<br>**3400 Plymouth Blvd**<br>**Minneapolis, MN 55447**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** utilities<br>Is the claim subject to offset? ■ No  ☐ Yes | $200.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**City of St Cloud - Utilities**<br>**PO BOX 1501**<br>**Saint Cloud, MN 56302-1501**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** utilities<br>Is the claim subject to offset? ■ No  ☐ Yes | $200.00 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**City of West St Paul**<br>**1616 Humboldt Ave**<br>**Saint Paul, MN 55118**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** utilities<br>Is the claim subject to offset? ■ No  ☐ Yes | $200.00 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Comcast**<br>**PO BOX 34227**<br>**Seattle, WA 98124-1227**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** phone<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,000.00 |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Connover Packaging Inc**<br>**119 Despatch Dr**<br>**East Rochester, NY 14445**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** deposit bags<br>Is the claim subject to offset? ■ No  ☐ Yes | $171.28 |

| Debtor | **P3 FOODS, L.L.C.** | Case number (if known) | **16-32021** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Corporate Mechanical**<br>**5114 Hillsboro Ave**<br>**Minneapolis, MN 55428**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **repair service**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$248.00** |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**CPENERGY MNGCO**<br>**Centerpoint Energy**<br>**PO BOX 4671**<br>**Houston, TX 77210-4671**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **gas**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,415.99** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**CST Corporation**<br>**Geri Brasfield**<br>**1225 Carnegie Street Suite 106**<br>**Rolling Meadows, IL 60008**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **repair service**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$280.58** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**CTC**<br>**PO BOX 767**<br>**Brainerd, MN 56401**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Internet/phone service**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$118.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Direct TV**<br>**PO BOX 60036**<br>**Los Angeles, CA 90060-0036**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Internet/TV**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$78.00** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**DMI Manufacturing Inc**<br>**Rose Mary**<br>**7177 Industrial Park Blvd**<br>**Mentor, OH 44060**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **repair service**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$396.85** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**East Side Glass**<br>**305 Franklin Ave NE**<br>**Saint Cloud, MN 56304**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **glass company**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$211.41** |

Debtor    **P3 FOODS, L.L.C.**                                                    Case number (if known)    **16-32021**
          Name

| | | |
|---|---|---:|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Ecolab**<br>**24673 Network Place**<br>**Chicago, IL 60673-1246**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **parts**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $398.18 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Franke Resupply Systems Inc**<br>**8007 Innovation Way**<br>**Chicago, IL 60682-0080**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **supplies**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,911.27 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Global Graphics and Design Inc**<br>**1625 W Candletree Dr**<br>**Peoria, IL 61614**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **design company**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $320.00 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Haas Landscaping LLC**<br>**656 36th Ave NE**<br>**Minneapolis, MN 55401**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **lawn care/snow plowing**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,870.10 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Hartford Insurance Property**<br>**PO BOX 660916**<br>**Dallas, TX 75266-0916**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **insurance**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $8,000.00 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Horizon Food Service Equipt LLC**<br>**1960 Seneca Road**<br>**Saint Paul, MN 55122**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **for services rendered on equipment**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $23,596.27 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**ICEE**<br>**1205 Dupont Ave**<br>**Ontario, CA 91761**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **rental machine**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $279.14 |

| Debtor | **P3 FOODS, L.L.C.** | Case number (if known) | **16-32021** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | **Nonpriority creditor's name and mailing address**<br>**J&K Restaurant Services**<br>**11950 185th Street West**<br>**Lakeville, MN 55044**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **repair service**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,681.75** |

| 3.37 | **Nonpriority creditor's name and mailing address**<br>**JNK Restaurant Services**<br>**11950 185th Street West**<br>**Lakeville, MN 55044**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Equipment services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,700.00** |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Just Contracting**<br>**Carrie Bergstrom**<br>**24215 Idalia Ave**<br>**Lakeville, MN 55044**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **repair service**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,405.00** |

| 3.39 | **Nonpriority creditor's name and mailing address**<br>**LEAF**<br>**PO BOX 742647**<br>**Cincinnati, OH 45274-2647**<br><br>Date(s) debt was incurred **January 2016**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **equipment in storage location**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$43,220.00** |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**McKee Sign Service**<br>**PO BOX 9899**<br>**Saint Paul, MN 55109**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **repair lighting**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,636.25** |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Mike Scholtes Refrigeration Inc**<br>**4219 75th Ave SE**<br>**Saint Cloud, MN 56304**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **repair service**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$817.79** |

| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Moe's Lawn and Landscaping**<br>**8650 Country Rd 107**<br>**Nisswa, MN 56468**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **repair service**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,256.32** |

Debtor **P3 FOODS, L.L.C.**
Name

Case number (if known) **16-32021**

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$264,454.00** |
|---|---|---|---|

**NFA**
**2 MidAmerica Plz Suite 120**
**Villa Park, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **leasehold improvements and equipment store #9**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | | **$2,646.28** |
|---|---|---|---|

**NUCO2 INC**
**PO BOX 417902**
**Boston, MA 02241-7902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **repair service**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | | **$21,860.00** |
|---|---|---|---|

**On Deck**
**1400 Broadway 25th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **working capital**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | | **$4,213.72** |
|---|---|---|---|

**PABS**
**5000 Legacy Dr Suite 410**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **garbage pick up**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | | **$70,260.80** |
|---|---|---|---|

**Pan-O-Gold Baking Co**
**444 E Germain St**
**PO BOX 848**
**Saint Cloud, MN 56302-0848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **food**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | | **$1,325.00** |
|---|---|---|---|

**Paradigm Tax Group**
**3200 N Central Ave Suite 300**
**Phoenix, AZ 85012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **lawyer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | | **$325.85** |
|---|---|---|---|

**Plunkett's Pest Control Inc**
**40 NE 52nd Way**
**Minneapolis, MN 55421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **pest control company**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **P3 FOODS, L.L.C.** | Case number (if known) | **16-32021** |
|---|---|---|---|
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Protection One**<br>**PO BOX 219044**<br>**Kansas City, MO 64121-9044**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **security company**<br>Is the claim subject to offset? ■ No ☐ Yes | **$268.27** |
|---|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Rathbun, Cservenyak & Kozol, LLC**<br>**3260 Executive Dr.**<br>**Joliet, IL 60431**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **lawyer**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,830.00** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Redking Foods LLC**<br>**11775 Justen Circle Suite B**<br>**Osseo, MN 55369**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **IT company**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,800.00** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Reinhart Foodservice**<br>**PO Box 58**<br>**Rogers, MN 55374-0058**<br><br>Date(s) debt was incurred **60 days prepetition or less**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **product delivered**<br>Is the claim subject to offset? ■ No ☐ Yes | **$65,000.00** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**RF Technologies**<br>**542 S Prairie**<br>**Bethalto, IL 62010**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **repair/parts company**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,450.22** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Roto-Rooter Services**<br>**Diane Drummer**<br>**5672 Collections Center Drive**<br>**Chicago, IL 60693**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **repair company**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,376.50** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**See Clear Window Cleaning**<br>**13411 Memorywood Dr**<br>**Baxter, MN 56425**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **window cleaning**<br>Is the claim subject to offset? ■ No ☐ Yes | **$427.44** |

| Debtor | **P3 FOODS, L.L.C.** | Case number (if known) | **16-32021** |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Service Master**<br>**PO BOX 2805**<br>**Baxter, MN 56425**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** repair service<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,732.69** |

| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Shamrock Group**<br>**2900 5th Avenue South**<br>**Minneapolis, MN 55408-5408**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** beverage company<br>Is the claim subject to offset? ■ No  ☐ Yes | **$449.50** |

| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Shoes for Crews Inc**<br>**PO BOX 504634**<br>**Saint Louis, MO 63150-4634**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** uniforms<br>Is the claim subject to offset? ■ No  ☐ Yes | **$489.22** |

| 3.60 | **Nonpriority creditor's name and mailing address**<br>**Sicom Systems Inc**<br>**4434 Progress Meadow Dr**<br>**Doylestown, PA 18902**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** POS system<br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,650.15** |

| 3.61 | **Nonpriority creditor's name and mailing address**<br>**St Paul Regional Water Services**<br>**Board of Water Commissioners**<br>**1900 Rice St**<br>**Saint Paul, MN 55113-6810**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** water<br>Is the claim subject to offset? ■ No  ☐ Yes | **$250.00** |

| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Supreme Lawn and Landscaping**<br>**PO BOX 7271**<br>**Saint Cloud, MN 56302**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** lawn care<br>Is the claim subject to offset? ■ No  ☐ Yes | **$480.00** |

| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Swami Consulting**<br>**1509 Lakeland Blvd**<br>**Mattoon, IL 61938**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** accountant<br>Is the claim subject to offset? ■ No  ☐ Yes | **$14,400.00** |

| Debtor | **P3 FOODS, L.L.C.** | Case number (if known) | **16-32021** |
|---|---|---|---|
| | Name | | |

| 3.64 | **Nonpriority creditor's name and mailing address**<br>**TSBL Distributing**<br>**Chad Hadn**<br>**1475 Commerce Dr Suite 100**<br>**Saint Paul, MN 55120** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,963.13** |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **repair company** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address**<br>**Twin City Filter Service Inc**<br>**2529 25th Ave S**<br>**Minneapolis, MN 55406** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,372.78** |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **repair company** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Xcel Energy**<br>**PO BOX 9477**<br>**Minneapolis, MN 55484-9477** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$24,846.82** |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** **electric** | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **CenterPoint Energy**<br>**505 Nicollet Mall**<br>**PO BOX 59038**<br>**Minneapolis, MN 55459-0038** | Line **3.23**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **City of Minneapolis - Utilities**<br>**c/o 350 S 5th St**<br>**Minneapolis, MN 55415** | Line **3.16**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Minnesota Dept of Revenue**<br>**600 North Robert Street**<br>**Saint Paul, MN 55146** | Line **2.2**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Paul J. Battista, Esq.**<br>**Genevese, Joblove & BAttista**<br>**100 SE 2nd St., Ste 4400**<br>**Miami, FL 33131** | Line **3.12**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Samuel Wisotzkey**<br>**Kohner Mann & Kailas, S.C.**<br>**4650 North Port Washington Rd.**<br>**Milwaukee, WI 53212** | Line **3.53**<br>☐ Not listed. Explain ____ | __ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | **462,836.70** |

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page 11 of 12

| Debtor | **P3 FOODS, L.L.C.** | Case number (if known) | **16-32021** |
|---|---|---|---|
| | Name | | |

**5b. Total claims from Part 2**          5b.  +  $        **1,450,378.30**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.                       5c.     $        **1,913,215.00**

20 20 Franchise
National Franchise Associates LLC
400 E 22nd St Suite A
Lombard, IL 60148

AA Equipment
Nick Larsen
2212 Minnehaha Ave
Minneapolis, MN 55404

Advocate Financial Group
940 E Diehl Rd
Naperville, IL 60563

Alpine Diversified Services
Abby Corr
4857 University Ave NE
Minneapolis, MN 55421

American Express Fin Mem Mail Hub
ATN Mercht Fnancng MailCode 2402-18
2401 W Behrend Dr Suite 55
Phoenix, AZ 85027

Arcade Electric Co
Karen McConnell
1550 91st Ave NE Suite 201
Minneapolis, MN 55449

Archway
Kari Lenneman
26049 Network Place
Chicago, IL 60673-1260

B&C Services LLC
Carol Bennes
10 17th Ave SE
Saint Joseph, MN 56374

Bertram Electric
22528 182nd Ave
Saint Cloud, MN 56302

Brainerd Enterprises
Dave Jenkins
2820 15th Ave SW
Rochester, MN 55902

Brainerd Public Utilities
8027 Highland Senic Rd
PO BOX 373
Brainerd, MN 56401

Burger King Corp
5505 Blue Lagoon Drive
Miami, FL 33126-2029

CenterPoint Energy
505 Nicollet Mall
PO BOX 59038
Minneapolis, MN 55459-0038

Century Link
PO BOX 91154
Seattle, WA 98111-9254

City of Eden Prairie
8080 Mitchell Rd
Eden Prairie, MN 55344

City of Minneapolis
Health Dept-Environmental Health Dv
250 S Fourth St Room 414
Minneapolis, MN 55415

City of Minneapolis - Utilities
250 S 4th St Rm 200`
Minneapolis, MN 55415

City of Minneapolis - Utilities
c/o 350 S 5th St
Minneapolis, MN 55415

City of Plymouth - Utilities
Finance Dept
3400 Plymouth Blvd
Minneapolis, MN 55447

City of St Cloud Utilities
PO BOX 1501
Saint Cloud, MN 56302-1501

City of West St Paul
1616 Humboldt Ave
Saint Paul, MN 55118

Comcast
PO BOX 34227
Seattle, WA 98124-1227

Connover Packaging Inc
119 Despatch Dr
East Rochester, NY 14445

Corporate Mechanical
5114 Hillsboro Ave
Minneapolis, MN 55428

CPENERGY MNGCO
Centerpoint Energy
PO BOX 4671
Houston, TX 77210-4671

CST Corporation
Geri Brasfield
1225 Carnegie Street Suite 106
Rolling Meadows, IL 60008

CTC
PO BOX 767
Brainerd, MN 56401

Curt Pedro
2100 Culver Court
Plainfield, IL 60586

Direct TV
PO BOX 60036
Los Angeles, CA 90060-0036

DMI Manufacturing Inc
Rose Mary
7177 Industrial Park Blvd
Mentor, OH 44060

IRS
PO BOX 7346
Philadelphia, PA 19101-7346

NFA
2 MidAmerica Plz Suite 120
Villa Park, IL 60181

East Side Glass
305 Franklin Ave NE
Saint Cloud, MN 56304

J&K Restaurant Services
11950 185th Street West
Lakeville, MN 55044

NUCO2 INC
PO BOX 417902
Boston, MA 02241-7902

Ecolab
24673 Network Place
Chicago, IL 60673-1246

JNK Restaurant Services
11950 185th Street West
Lakeville, MN 55044

On Deck
1400 Broadway 25th Floor
New York, NY 10018

Element Financial Corp
PO BOX 71425
Chicago, IL 60694-1425

Just Contracting
Carrie Bergstrom
24215 Idalia Ave
Lakeville, MN 55044

PABS
5000 Legacy Dr Suite 410
Plano, TX 75024

Franke Resupply Systems Inc
8007 Innovation Way
Chicago, IL 60682-0080

LEAF
PO BOX 742647
Cincinnati, OH 45274-2647

Pan-O-Gold Baking Co
444 E Germain St
PO BOX 848
Saint Cloud, MN 56302-0848

Global Graphics and Design Inc
1625 W Candletree Dr
Peoria, IL 61614

McKee Sign Service
PO BOX 9899
Saint Paul, MN 55109

Paradigm Tax Group
3200 N Central Ave Suite 300
Phoenix, AZ 85012

Haas Landscaping LLC
656 36th Ave NE
Minneapolis, MN 55401

Mike Scholtes Refrigeration Inc
4219 75th Ave SE
Saint Cloud, MN 56304

Paul J. Battista, Esq.
Genevese, Joblove & BAttista
100 SE 2nd St., Ste 4400
Miami, FL 33131

Hartford Insurance Property
PO BOX 660916
Dallas, TX 75266-0916

Minnesota Dept of Revenue
PO BOX 64622
Saint Paul, MN 55164-0622

Plunkett's Pest Control Inc
40 NE 52nd Way
Minneapolis, MN 55421

Horizon Food Service Equipt LLC
1960 Seneca Road
Saint Paul, MN 55122

Minnesota Dept of Revenue
600 North Robert Street
Saint Paul, MN 55146

Protection One
PO BOX 219044
Kansas City, MO 64121-9044

ICEE
1205 Dupont Ave
Ontario, CA 91761

Moe's Lawn and Landscaping
8650 Country Rd 107
Nisswa, MN 56468

Rathbun, Cservenyak & Kozol, LLC
3260 Executive Dr.
Joliet, IL 60431

Redking Foods LLC
11775 Justen Circle Suite B
Osseo, MN 55369

St Paul Regional Water Services
Board of Water Commissioners
1900 Rice St
Saint Paul, MN 55113-6810

Reinhart Foodservice
PO Box 58
Rogers, MN 55374-0058

Stephanie Lacey-Pendolino
15715 S. Rte 59
Plainfield, IL 60544

RF Technologies
542 S Prairie
Bethalto, IL 62010

Supreme Lawn and Landscaping
PO BOX 7271
Saint Cloud, MN 56302

Roto-Rooter Services
Diane Drummer
5672 Collections Center Drive
Chicago, IL 60693

Swami Consulting
1509 Lakeland Blvd
Mattoon, IL 61938

Samuel Wisotzkey
Kohner Mann & Kailas, S.C.
4650 North Port Washington Rd.
Milwaukee, WI 53212

TSBL Distributing
Chad Hadn
1475 Commerce Dr Suite 100
Saint Paul, MN 55120

See Clear Window Cleaning
13411 Memorywood Dr
Baxter, MN 56425

Twin City Filter Service Inc
2529 25th Ave S
Minneapolis, MN 55406

Service Master
PO BOX 2805
Baxter, MN 56425

Xcel Energy
PO BOX 9477
Minneapolis, MN 55484-9477

Shamrock Group
2900 5th Avenue South
Minneapolis, MN 55408-5408

Shoes for Crews Inc
PO BOX 504634
Saint Louis, MO 63150-4634

Sicom Systems Inc
4434 Progress Meadow Dr
Doylestown, PA 18902