B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  Debtor: P3 Foods LLC     Case No. 16-32021

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: October                    Date filed: October 6th 2016

Line of Business: Burger King Franchise     NAISC Code: 722513

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

/s/ — CEO P3 Foods LLC

Original Signature of Responsible Party

Printed Name of Responsible Party: Anthony Pendolino, CEO P3 Foods LLC

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | X | |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | X | |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | X | |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | X | |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH  *Sales Tax* | X | |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | X | |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? N/A | | |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | X |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | X |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | X |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | X | |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☒ Yes  ☐ No

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $

*See attached Financials. Consolidated and Individual Store Income Statement*

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $
Cash on Hand at End of Month  $

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL  $

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**  $

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

*Since October 6 - cash Basis estimated GAP period payables will not exceed $10,000.*

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

*See Balance sheet*

**TOTAL RECEIVABLES** $

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*See attached.*

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    251

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

N/A

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $

B 25C (Official Form 25C) (12/08)

PROJECTIONS  *See attached*.

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

*See attached*

P3 LLC
Debtor in Possession
Consolidated and Individual Store Income Statement
October 11 ending October 31, 2016
(See Notes to Income Statement)

| | All Stores | % to Sales | 139 | % to Sales | 2423 | % to Sales | 2794 | % to Sales | 2920 | % to Sales | 3519 | % to Sales | 3970 | % to Sales | 4006 | % to Sales | 4669 | % to Sales | 13662 | % to Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Store Numbers | | | | | | | | | | | | | | | | | | | | |
| Gross Sales | $ 902,270 | 100.00% | $ 150,590 | 100.00% | $ 117,841 | 100.00% | $ 79,798 | 100.00% | $ 99,560 | 100.00% | $ 83,499 | 100.00% | $ 201,353 | 100.00% | $ 88,317 | 100.00% | $ 83,567 | 100.00% | $ 97,745 | 100.00% |
| Cost of Goods Sold | 222,522 | 24.66% | 35,108 | 23.31% | 35,807 | 30.39% | 20,804 | 26.07% | 22,489 | 22.59% | 20,610 | 24.68% | 45,039 | 22.73% | 21,923 | 24.82% | 22,563 | 25.80% | 11,179 | 21.67% |
| Gross Profit | 679,748 | 75.34% | 115,482 | 76.69% | 82,034 | 69.62% | 56,994 | 73.93% | 77,071 | 77.41% | 62,889 | 75.32% | 78,314 | 77.27% | 66,394 | 75.18% | 62,004 | 74.20% | 76,566 | 78.33% |
| Labor | | | | | | | | | | | | | | | | | | | | |
| Store Managers | 54,080 | 5.99% | 6,143 | 4.08% | 7,039 | 5.97% | 5,706 | 7.25% | 7,903 | 7.94% | 3,542 | 4.24% | 3,542 | 3.49% | 8,325 | 9.43% | 4,000 | 4.79% | 7,880 | 8.06% |
| Crew | 217,067 | 24.06% | 36,301 | 24.11% | 31,706 | 26.91% | 17,885 | 22.41% | 19,312 | 19.40% | 23,221 | 27.81% | 22,996 | 22.69% | 20,873 | 23.63% | 21,622 | 25.87% | 23,151 | 23.69% |
| Regional Managers | 6,712 | 0.75% | 748 | 0.50% | 748 | 0.63% | 748 | 0.94% | 748 | 0.75% | 748 | 0.90% | 748 | 0.74% | 748 | 0.85% | 748 | 0.90% | 748 | 0.77% |
| General Managers | 10,422 | 2.16% | 1,158 | 0.77% | 1,158 | 0.98% | 1,158 | 1.45% | 1,158 | 1.26% | 1,158 | 1.39% | 1,158 | 1.14% | 1,158 | 1.31% | 1,158 | 1.39% | 1,158 | 1.18% |
| CEO | 12,000 | 1.33% | 2,334 | 0.89% | 1,333 | 1.11% | 1,333 | 1.67% | 1,333 | 1.34% | 1,333 | 1.60% | 1,333 | 1.32% | 1,133 | 1.51% | 1,334 | 1.60% | 1,334 | 1.36% |
| CEO Expenses | 2,000 | 0.22% | 224 | 0.15% | 222 | 0.19% | 222 | 0.28% | 222 | 0.22% | 222 | 0.27% | 222 | 0.27% | 222 | 0.25% | 222 | 0.27% | 222 | 0.23% |
| Payroll Taxes | 25,284 | 2.80% | 3,889 | 2.59% | 3,248 | 2.67% | 2,418 | 3.03% | 2,569 | 2.58% | 2,501 | 3.00% | 2,626 | 2.59% | 2,833 | 3.21% | 2,302 | 2.75% | 2,988 | 3.08% |
| Total Labor | 327,585 | 36.31% | 49,807 | 31.07% | 45,354 | 16.49% | 29,470 | 36.93% | 33,245 | 33.19% | 32,725 | 39.19% | 32,625 | 32.19% | 15,492 | 40.19% | 31,386 | 37.56% | 37,481 | 38.35% |
| Burger King Expenses | | | | | | | | | | | | | | | | | | | | |
| Royalties | 40,602 | 4.50% | 6,777 | 4.50% | 5,303 | 4.50% | 3,592 | 4.50% | 4,480 | 4.50% | 3,757 | 4.50% | 4,561 | 4.50% | 3,974 | 4.50% | 3,761 | 4.50% | 4,399 | 4.50% |
| Rent | 53,415 | 5.92% | 5,416 | 3.60% | - | 0.00% | 6,250 | 7.83% | 7,500 | 7.53% | 7,500 | 8.98% | 6,250 | 6.17% | 5,833 | 6.60% | 7,166 | 8.58% | 7,500 | 7.67% |
| Real Estate Taxes | 23,624 | 2.62% | 2,953 | 1.96% | - | 0.00% | 2,953 | 3.70% | 2,953 | 2.97% | 2,953 | 3.54% | 2,953 | 2.91% | 2,553 | 3.34% | 2,953 | 3.53% | 2,953 | 3.02% |
| Advertising | 36,088 | 4.00% | 6,024 | 4.00% | 4,714 | 4.00% | 3,192 | 4.00% | 1,982 | 4.00% | 3,340 | 4.00% | 4,054 | 4.00% | 3,533 | 4.00% | 3,340 | 4.00% | 3,910 | 4.00% |
| Total Burger King Expenses | 153,729 | 27.04% | 21,169 | 14.06% | 10,016 | 8.50% | 25,986 | 20.03% | 18,916 | 19.00% | 17,550 | 21.02% | 27,816 | 17.58% | 16,293 | 18.45% | 17,220 | 20.61% | 18,761 | 19.19% |
| General & Administrative Expenses | | | | | | | | | | | | | | | | | | | | |
| Mileage | 217 | 0.02% | - | 0.00% | 217 | 0.28% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Medical | 548 | 0.06% | - | 0.00% | 190 | 0.16% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | 38 | 0.05% | - | 0.00% |
| Credit Card Charges | 8,712 | 0.97% | 1,399 | 0.93% | 373 | 0.32% | 980 | 1.23% | 1,096 | 1.10% | 727 | 0.87% | 1,175 | 0.87% | 1,149 | 1.30% | 1,026 | 1.23% | 587 | 0.60% |
| Office | 69 | 0.01% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | 69 | 0.08% | - | 0.00% |
| POS/Menu System | 680 | 0.08% | 300 | 0.20% | 9 | 0.01% | 127 | 0.16% | 39 | 0.04% | 39 | 0.05% | 227 | 0.13% | - | 0.00% | 39 | 0.05% | - | 0.00% |
| Maintenance & Repairs | 1,873 | 0.22% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | 339 | 0.41% | 2,504 | 1.48% | - | 0.00% | - | 0.00% | 50 | 0.03% |
| IT | 450 | 0.05% | 50 | 0.03% | 50 | 0.04% | 50 | 0.06% | 50 | 0.05% | 50 | 0.06% | 50 | 0.05% | 50 | 0.06% | 50 | 0.06% | 50 | 0.05% |
| Utilities | 13,616 | 1.51% | 1,500 | 1.00% | 1,180 | 1.00% | 1,200 | 1.50% | 1,200 | 1.21% | 1,155 | 1.38% | 1,824 | 1.80% | 1,625 | 1.84% | 2,070 | 2.48% | 1,862 | 1.90% |
| Phone | 1,170 | 0.13% | 130 | 0.09% | 130 | 0.11% | 130 | 0.16% | 130 | 0.13% | 110 | 0.16% | 110 | 0.13% | 130 | 0.15% | 130 | 0.16% | 130 | 0.13% |
| Rent | 5,732 | 0.64% | - | 0.00% | 5,731 | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Real Estate Taxes | 2,951 | 0.33% | - | 0.00% | 2,953 | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Total General & Administrative Expenses | 36,019 | 3.99% | 3,379 | 2.24% | 10,833 | 9.19% | 2,487 | 3.12% | 2,605 | 2.62% | 2,440 | 2.92% | 5,010 | 4.94% | 3,184 | 3.61% | 3,422 | 4.09% | 2,659 | 2.72% |
| Net Income | $ 262,415 | 18.00% | $ 41,127 | 27.31% | $ 15,831 | 11.41% | $ 11,051 | 13.85% | $ 22,305 | 22.40% | $ 10,174 | 12.18% | $ 22,861 | 22.56% | $ 11,425 | 22.94% | $ 9,976 | 11.94% | $ 17,665 | 18.07% |

**Notes to Balance Sheet**

As soon as the court order was signed on October 8, 2016 employing Aldridge Chaseswater, LLC, Joan deSouza
Frank Phelps as accounting and business consultants, the added task of reconstructing the formal books
of accounts began to emerge. Starting September 22, 2016 the task of reconstructing the books
began prior to the court order by focusing on balances owed to all creditors, making sure payroll for +250
empoyees was properly taken care of including making sure all payroll taxes were all current, sanitation
measures were all current, sanitation measures were properly carried out, and in compliance with applicable
laws, studying an efficient electronic accounting reporting system to be installed, a necessity to protect
the financial investment made by all. Since date of filing on October 6, 2016 the process has been accelerated.

Please note that no reliable historical books of accounts exist and therefore beginning October 6, 2016 and
continuing forward are being developed and thus requiring further amendments to presented financial
statements may occur from time to time as further information unfolds.

**Current Assets**
**Cash on Hand** as shown is kept at each store in a secured manner under control of each store manager
and is signed off daily as counted each evening.

**Cash in Bank** as shown has been verified with US Bank demonstrated by a paper trail bank statement and
transaction journal prepared indepently by US Bank and signed off by a banking official.

**Inventory** is not shown but rather expensed off to each store because there is very little shelf life that can be
assigned to either perishable there is very little shelf life that can be assigned to either perishable
food and paper items.

**Fixed Assets, Leasehold Improvements and Franchise Fee** have not been depreciated or amortized at this point
in time until such time as an inventory can be concluded disclosing purchase can be concluded disclosing purchase
can be concluded disclosing purchase dates and a detailed list of said assets,

**Other Assets**
The amount due from Peterson has been estimated until investigation is completed determining the
correct amount to be recovered

**Liabilities**
All creditors' amounts due were taken from court records and/or company records and will be amended from
time to time as new information surfaces.

**Capital**
Because no reliable historialc records are available, the amount so stated will be amended once new data can
be verified.

P3,LLC
Schedule in Support of Reprted Sales
31 Days Ending October 31, 2016
(Source: RK Technology)

Note 1 to Income Statement

| Store Numbers | 139 | 2423 | 2794 | 2920 | 3519 | 3970 | 4006 | 4669 | 13662 |
|---|---|---|---|---|---|---|---|---|---|
| Total Sales for October | $ 150,590 | $ 117,841 | $ 79,798 | $ 99,560 | $ 83,499 | $ 101,353 | $ 88,317 | $ 83,567 | $ 97,745 |

Total Sales for October $ 902,270

Total October Sales by Day

Grand Total $902,270

| | | | | | |
|---|---|---|---|---|---|
| October | 1 Sat | $32,124 | October | 16 Sun | $22,188 |
| October | 2 Sun | $25,582 | October | 17 Mon | $26,647 |
| October | 3 Mon | $29,505 | October | 18 Tue | $26,265 |
| October | 4 Tue | $28,795 | October | 19 Wed | $30,132 |
| October | 5 Wed | $31,499 | October | 20 Thu | $32,076 |
| October | 6 Thu | $31,358 | October | 21 Fri | $33,977 |
| October | 7 Fri | $34,534 | October | 22 Sat | $25,901 |
| October | 8 Sat | $29,829 | October | 23 Sun | $22,722 |
| October | 9 Sun | $22,990 | October | 24 Mon | $2,6208 |
| October | 10 Mon | $25,997 | October | 25 Tue | $27,245 |
| October | 11 Tue | $28,154 | October | 26 Wed | $30,002 |
| October | 12 Wed | $28,465 | October | 27 Thu | $32,824 |
| October | 13 Thu | $30,400 | October | 28 Fri | $37,164 |
| October | 14 Fri | $35,093 | October | 29 Sat | $30,712 |
| October | 15 Sat | $28,055 | October | 30 Sun | $25,411 |
| | | | October | 31 Mon | $30,415 |

The Chapter 11 was filed on October 6,2016. There was a delay in transfering bank balances to new Debtor in Possession new accounts. The Store managers did not switch making daily deposits to the new accounts until October 17 and in one case October 18. This fact plus having no accurate General Ledger makes this first report almost immpossibile to complete. However original sources of information were used to make the first report as transparent and accurate as possible.

Note 2 to Income Statement

Cost of Goods Sold was reported from actual invoices developed from vendor invoices.

Payroll was developed from reports received from PAYCHEX System an outsource service

Burger King payments are seperated as a cost control meaeasure and is subject to a Statement to be received from Burger King verifying amounts due.

General & Administrative expenses are estimated or developed from actual invoices depending on information available for each item. All are subject to amendment as new information is received.

P3, LLC
(Debtor in Possession)
Cash Flow Statement General (7225)
For 25 Days Ending October 31, 2016

Cash Flows from Operating Activities
| | | |
|---|---|---|
| Operating Income | $ | - |
| Sales Tax Payable All StoresNet Cash Flow from Financing Activities | $ | (70,703) |
| Decrease in accounts Payable All Stores | $ | (96,050) |
| Net Cash Flow from Operating Activities for Store 2423 | $ | (5,000) |
| | $ | (171,753) |

Cash Flows from Investing Activities
| | | |
|---|---|---|
| Cash Deposit used to Open Debtor in Possession Main Account | $ | 125 |
| | $ | - |
| Net Cash Flow from Investing Activities | $ | 125 |

Cash Flows from Financing Activities
| | | |
|---|---|---|
| Decrease in Notes Payable–Elements | $ | (16,428) |
| | $ | - |
| | $ | |
| Net Cash Flow from Financing Activities | $ | (16,303) |
| Net Change in Cash | $ | (171,628) |
| Beginning Cash Balance | $ | 367,484 |
| Ending Cash Balance | $ | 179,553 |

F3 Foods LLC
Projected Income and Expenses
October 7 to December 31, 2015

| Store Numbers | All Stores | % to Sales | Store 139 | % to Sales | Store 2423 | % to Sales | Store 2794 | % to Sales | Store 2928 | % to Sales | Store 3519 | % to Sales | Store 3970 | % to Sales | Store 4006 | % to Sales | Store 4689 | % to Sales | Store 13062 | % to Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Sales | $ 2,389,469 | 100.00% | $ 398,167 | 100.00% | $ 308,006 | 100.00% | $ 199,586 | 100.00% | $ 261,453 | 100.00% | $ 225,634 | 100.00% | $ 278,473 | 100.00% | $ 236,219 | 100.00% | $ 215,689 | 100.00% | $ 264,142 | 100.00% |
| Cost of Goods Sold | 604,775 | 25.31% | 100,801 | 25.31% | 77,956 | 25.31% | 50,515 | 25.31% | 66,174 | 25.31% | 57,108 | 25.33% | 68,457 | 25.33% | 59,787 | 25.31% | 57,122 | 25.31% | 66,854 | 25.31% |
| Gross Profit | 1,784,695 | 74.69% | 297,466 | 74.69% | 238,958 | 74.69% | 149,071 | 74.69% | 195,179 | 74.69% | 168,526 | 74.69% | 282,816 | 74.69% | 176,432 | 74.69% | 158,567 | 74.69% | 197,283 | 74.69% |
| Labor | | 8.00% | | 8.00% | | 8.00% | | 8.00% | | | | | | | | | | | | |
| Store Managers | 114,695 | 4.80% | 19,117 | 4.80% | 19,784 | 4.80% | 9,580 | 4.80% | 11,550 | 4.80% | 10,838 | 4.80% | 12,983 | 4.80% | 11,339 | 4.80% | 18,833 | 4.80% | 12,679 | 4.80% |
| Crew | 576,181 | 24.11% | 96,011 | 24.11% | 74,260 | 24.11% | 48,128 | 24.11% | 63,898 | 24.11% | 54,400 | 24.11% | 65,211 | 24.11% | 56,952 | 24.11% | 54,414 | 24.11% | 63,685 | 24.11% |
| Regional Managers | 11,347 | 8.50% | 1,991 | 8.50% | 1,548 | 8.50% | 998 | 8.50% | 1,387 | 0.50% | 1,352 | 0.50% | 1,352 | 0.50% | 1,181 | 1.79% | 1,128 | 8.50% | 1,321 | 8.50% |
| General Managers | 31,266 | 0.77% | 3,494 | 0.77% | 3,474 | 1.13% | 3,474 | 1.74% | 3,474 | 8.00% | 3,474 | 1.54% | 3,474 | 1.28% | 3,474 | 1.54% | 3,474 | 1.54% | 3,474 | 1.12% |
| CEO | 17,494 | 1.57% | 4,166 | 1.09% | 4,166 | 1.85% | 4,166 | 1.85% | 4,166 | 2.74% | 4,166 | 1.85% | 6,166 | 1.54% | 4,166 | 1.26% | 4,166 | 1.76% | 4,166 | 1.58% |
| CEO Expenses | 2,000 | 0.50% | 1,000 | 0.53% | - | 1.09% | - | 1.85% | - | 0.00% | - | 8.00% | - | 8.00% | - | 8.00% | - | 8.00% | - | 0.00% |
| Payroll Taxes | 63,263 | 2.66% | 10,231 | 2.57% | 3,854 | 2.57% | 5,440 | 2.62% | 6,932 | 2.73% | 6,068 | 2.69% | 7,149 | 2.69% | 6,323 | 2.64% | 6,069 | 1.68% | 6,997 | 2.65% |
| Total Labor | 836,766 | 34.90% | 137,002 | 34.40% | 106,279 | 34.40% | 71,778 | 34.51% | 91,465 | 33.98% | 80,067 | 34.98% | 94,335 | 35.49% | 83,435 | 34.88% | 80,084 | 35.48% | 92,321 | 34.95% |
| Burger King Expenses | | | | | | | | | | | | | | | | 0.00% | | 8.00% | | 0.00% |
| Royalties | 107,526 | 4.50% | 27,921 | 4.50% | 13,868 | 4.58% | 8,981 | 4.50% | 11,785 | 4.50% | 10,154 | 4.50% | 12,171 | 4.50% | 18,620 | 4.50% | 18,156 | 4.50% | 11,886 | 4.50% |
| Rent | 158,059 | 6.28% | 21,075 | 5.29% | - | 8.00% | 15,219 | 7.63% | 17,563 | 6.72% | 21,075 | 9.34% | 21,075 | 7.79% | 17,563 | 7.70% | 16,961 | 7.18% | 10,139 | 7.62% |
| Real Estate Taxes | 128,895 | 5.39% | 13,749 | 1.89% | - | 4.00% | 15,423 | 7.73% | 19,377 | 7.41% | 16,389 | 7.18% | 19,058 | 7.18% | 26,582 | 7.04% | 12,462 | 8.69% | 11,913 | 4.53% |
| Advertising | 95,579 | 4.00% | 15,931 | 4.00% | 12,320 | 4.00% | 7,983 | 4.00% | 10,458 | 4.00% | 9,025 | 4.00% | 10,819 | 4.00% | 9,443 | 4.00% | 9,028 | 4.00% | 18,566 | 4.00% |
| Total Burger King Expenses | 482,099 | 20.18% | 68,677 | 17.24% | 26,181 | 8.50% | 47,607 | 13.85% | 59,163 | 22.63% | 56,643 | 25.10% | 63,115 | 23.34% | 56,143 | 16.61% | 46,066 | 21.30% | 54,504 | 20.65% |
| General & Administrative Expenses | | | | | | | | | | | | | | | | | | | | |
| Mileage | 2,700 | 8.11% | 300 | 8.88% | 100 | 0.10% | 300 | 8.19% | 300 | 8.11% | 300 | 8.13% | 300 | 8.11% | 300 | 8.13% | 300 | 8.13% | 300 | 0.11% |
| Medical | 1,658 | 0.07% | - | 8.00% | 578 | 0.19% | - | 0.00% | 270 | 0.10% | - | 8.00% | - | 8.00% | 690 | 0.29% | 128 | 8.05% | - | 8.00% |
| Credit Card Charges | 26,490 | 1.11% | - | 1.06% | 1,140 | 0.37% | 2,919 | 1.47% | 3,300 | 1.26% | 2,199 | 8.97% | - | 8.44% | 3,600 | 1.53% | 3,150 | 1.40% | 1,770 | 8.07% |
| Office | 9,000 | 8.38% | 4,200 | 0.25% | 1,000 | 8.32% | 1,000 | 0.50% | 1,000 | 8.38% | 1,000 | 8.38% | 1,000 | 8.44% | 1,000 | 8.37% | 1,000 | 1.52% | 1,000 | 8.38% |
| POS/Menu System | 1,358 | 0.06% | 150 | 8.04% | 150 | 8.05% | 158 | 8.05% | 158 | 8.08% | 150 | 0.07% | 150 | 8.86% | 158 | 8.69% | 150 | 0.06% | 158 | 8.06% |
| Maintenance & Repairs | 13,500 | 8.58% | 1,500 | 9.38% | 1,500 | 8.45% | 1,500 | 8.75% | 1,500 | 8.57% | 1,500 | 8.88% | 1,500 | 8.59% | 1,500 | 0.64% | 1,500 | 8.07% | 1,500 | 8.06% |
| IT | 1,360 | 0.06% | 158 | 0.06% | 158 | 8.04% | 150 | 8.08% | 158 | 8.06% | 158 | 8.57% | 158 | 8.06% | 150 | 1.05% | 158 | 0.68% | 158 | 1.11% |
| Utilities | 40,800 | 1.70% | 4500 | 1.13% | 3500 | 1.14% | 3,600 | 1.80% | 3,600 | 1.80% | 3,600 | 1.36% | 5,400.0 | 1.60% | 4,800 | 2.03% | 6,000 | 2.60% | 5,500 | 8.06% |
| Phone | 3,600 | 0.15% | 400 | 8.10% | 400 | 1.13% | 400 | 4.20% | 400 | 8.15% | 400 | 0.18% | 400 | 0.16% | 400 | 0.17% | 400 | 0.07% | 600 | 0.15% |
| W/C Insurance | 1,781 | 0.07% | 189 | 8.06% | 189 | 8.06% | 189 | 8.09% | 189 | 8.08% | 189 | 8.87% | 188 | 8.08% | 188 | 8.87% | 189 | 0.08% | 189 | 8.15% |
| Liability Insurance | 1,107 | 8.89% | 123 | 8.83% | 123 | 8.10% | 123 | 8.06% | 123 | 8.06% | 123 | 8.05% | 123 | 8.08% | 123 | 8.08% | 123 | 8.10% | 123 | 8.07% |
| Rent | 25,258 | 1.06% | - | 0.00% | 15,298 | 8.04% | - | 1.85% | - | 8.04% | - | #DIV/0! | - | 8.08% | - | 8.06% | - | 0.08% | - | 0.05% |
| Real Estate Taxes | 5,781 | 8.24% | - | 8.24% | 5,781 | 2.25% | - | 8.38% | - | 1.85% | - | 0.00% | - | 8.00% | - | 8.00% | - | 8.00% | - | 0.03% |
| Snow Removal | 12,400 | 0.52% | 1,200 | 8.30% | 1,200 | 8.39% | 1,800.00 | 1.40% | 1,200 | 0.53% | 1,200 | 8.46% | 1,200 | 0.44% | 1,200.00 | 0.51% | 1,200.00 | 8.53% | 1,200.00 | 8.45% |
| Contingency | 191,158 | 8.00% | 31,861 | 8.00% | 24,640 | 8.00% | 15,967 | 8.00% | 20,916 | 8.00% | 18,051 | 8.00% | 21,638 | 8.00% | 18,898 | 8.80% | 18,855 | 8.00% | 21,131 | 8.00% |
| Total General & Administrative Expenses | 337,677 | 14.13% | 45,573 | 11.44% | 65,933 | 11.41% | 29,119 | 24.59% | 33,698 | 12.66% | 28,853 | 12.79% | 36,258 | 13.40% | 33,000 | 13.97% | 32,337 | 14.33% | 33,513 | 12.69% |
| Projected Net Income | 128,153 | 5.36% | 46,214 | 11.60% | 31,657 | 18.28% | 567 | 8.18% | 11,553 | 4.42% | 2,964 | 1.31% | 8,316 | 3.07% | 1,854 | 8.76% | 8,879 | 3.58% | 16,949 | 6.42% |