B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **P3 Foods LLC**

*Debtor*

Case No. **16-320-21**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **November**   Date filed: **October 6th 2016**

Line of Business: **Burger King Franchise**   NAISC Code: **722513**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

(X) _____ CEO, P3 Foods LLC
Original Signature of Responsible Party

**Anthony Pendolino   CEO, P3 Foods LLC**
Printed Name of Responsible Party

| Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? **N/A** | ☐ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? *Per Court approval* | ☒ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? *Error corrected by Bank - ONE old A/c.* | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?  ☐  ☒

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?  ☐  ☒

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?  ☐  ☒

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?  ☐  ☒

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?  ☐  ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX
OBLIGATIONS?  ☐  ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ _951928_

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $ _478953_

Cash on Hand at End of Month  $ _484612_

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  **TOTAL** $ _497211_

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ _757939_

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $ _951928_

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $ _757939_

*(Subtract Line C from Line B)*  **CASH PROFIT FOR THE MONTH** $ _193989_

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ *62,000 approx for Pepsi, Bread, Burger King*

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ *Cash Basis*

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                     *251*

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?       *202*

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?                                                          $ *30,000*

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?                                                     $

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?                                                $

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?                                              $

B 25C (Official Form 25C) (12/08)

## PROJECTIONS        N/A

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                                 $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                              $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                        $

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

United States Bankruptcy Court

_Northern_ District of _Illinois_ _Eastern Division_

In re _P3 Foods LLC_                           Case No. _16-320-21_

                Debtor                          Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of _November_ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| P3 Foods LLC | P3 Foods LLC | |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs,

verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: _____ Nov. 21st 2016 _____

X

_____
Signature of Authorized Individual

Anthony Pendolino

_____
Name of Authorized Individual

CEO, P3 Foods LLC.

_____
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

P3, LLC

(Debtor in Possession)

Cash Flow Statement All Stores+ Main

For 30 Days Ending November 30, 2016

Cash Flows from Operating Activities

| | | |
|---|---|---|
| Operating Income | $ 187,896 | |
| Sales Tax Pass Thru | $ (74,503) | |
| Net Cash Flow from Operating Activities | | $ 113,393 |

Cash Flows from Investing Activities

| | | |
|---|---|---|
| Payroll Transfer & Sales Tax All Stores | $ (106,142) | |
| | $ - | |
| Net Cash Flow from Investing Activities | | $ (106,142) |

Cash Flows from Financing  Activities

| | | |
|---|---|---|
| Decrease in Notes Payable-Element | $ (32,996) | |
| Decrease in Notes Payable-LEAF | $ (1,593) | |
| Decrease in Notes Payable-NFA | $ (4,911) | |
| Net Cash Flow from Financing Activities | | $ (39,500) |
| Net Change in Cash | | $ (32,249) |
| Beginning Cash Balance | | $ 478,953 |
| Ending Cash Balance | | $ 484,612 |

P3, LLC
(Debtor in Possession)
Cash Flow Statement Store #139 (7126)
For 30 Days Ending November 30, 2016

Cash Flows from Operating Activities

| | | | | | |
|---|---|---|---|---|---|
| Operating Income | $ | 45,104 | | | |
| Sales Tax Pass Thru | $ | (11,743) | | | |
| Net Cash Flow from Operating Activities | | | $ | 33,361 | |

Cash Flows from Investing Activities

| | | | | | |
|---|---|---|---|---|---|
| | $ | - | | | |
| | $ | - | | | |
| Net Cash Flow from Investing Activities | | | $ | - | |

Cash Flows from Financing  Activities

| | | | | | |
|---|---|---|---|---|---|
| ECN Element | $ | (2,853) | | | |
| LEAF | $ | (177) | | | |
| | $ | - | | | |
| Net Cash Flow from Financing Activities | | | $ | (3,030) | |

| | | | |
|---|---|---|---|
| Net Change in Cash | $ | 30,331 |
| Beginning Cash Balance | $ | 57,346 |
| Ending Cash Balance | $ | 87,677 |

P3, LLC
(Debtor in Possession)
Cash Flow Statement Store #2423 (7134)
For 30 Days Ending November 30, 2016

Cash Flows from Operating Activities

| | | | | |
|---|---|---|---|---|
| Operating Income | $ | 32,655 | | |
| Sales Tax Pass Thru | $ | (9,384) | | |
| | | | | |
| Net Cash Flow from Operating Activities | | | $ | 23,271 |

Cash Flows from Investing Activities

| | | | | |
|---|---|---|---|---|
| | $ | - | | |
| | $ | - | | |
| Net Cash Flow from Investing Activities | | | $ | - |

Cash Flows from Financing  Activities

| | | | | |
|---|---|---|---|---|
| ECN Element | $ | (9,672) | | |
| LEAF | $ | (177) | | |
| | | | | |
| Net Cash Flow from Financing Activities | | | $ | (9,849) |
| Net Change in Cash | | | $ | 13,422 |
| Beginning Cash Balance | | | $ | 43,124 |
| Ending Cash Balance | | | $ | 56,546 |

P3, LLC

(Debtor in Possession)

Cash Flow Statement Store Store #2794 (7142)

For 30 Days Ending November 30, 2016

Cash Flows from Operating Activities

| | | | |
|---|---|---|---|
| Operating Income | $ | 14,692 | |

| | | |
|---|---:|---:|
| Sales Tax Pass Thru | $ (6,701) | |
| Net Cash Flow from Operating Activities | | $ 7,991 |
| | | |
| Cash Flows from Investing Activities | $ - | |
| | $ - | |
| Net Cash Flow from Investing Activities | | $ - |
| | | |
| Cash Flows from Financing  Activities | | |
| ECN Element | $ (2,853) | |
| Leaf | $ (177) | |
| Net Cash Flow from Financing Activities | | $ (3,030) |
| Net Change in Cash | | $ 4,961 |
| Beginning Cash Balance | | $ 28,559 |
| Ending Cash Balance | | $ 33,520 |

P3, LLC
(Debtor in Possession)
Cash Flow Statement Store Store #2920 (7159}
For 30 Days Ending November 30, 2016

| | | |
|---|---:|---:|
| Cash Flows from Operating Activities | | |
| Operating Income | $ 19,918 | |
| Sales Tax Pass Thru | $ (7,604) | |
| Net Cash Flow from Operating Activities | | $ 12,314 |

| | | |
|---|---|---|
| Cash Flows from Investing Activities | $ - | |
| | $ - | |
| Net Cash Flow from Investing Activities | | $ - |

| | | |
|---|---|---|
| Cash Flows from Financing Activities | | |
| ECN Element | $ (2,853) | |
| LEAF | $ (177) | |
| NFA | $ (4,911) | |
| Net Cash Flow from Financing Activities | | $ (7,941) |
| Net Change in Cash | | $ 4,373 |
| Beginning Cash Balance | | $ 43,283 |
| Ending Cash Balance | | $ 47,656 |

P3, LLC

(Debtor in Possession)

Cash Flow Statement Store #3519 (7175)

For 30 Days Ending November 30, 2016

| | | |
|---|---|---|
| Cash Flows from Operating Activities | | |
| Operating Income | $ 15,077 | |
| Sales Tax Pass Thru | $ (5,970) | |
| Net Cash Flow from Operating Activities | | $ 9,107 |

| | | |
|---|---|---|
| Cash Flows from Investing Activities | $ - | |
| | $ - | |

| | | | | |
|---|---|---|---|---|
| Net Cash Flow from Investing Activities | | | $ | - |

**Cash Flows from Financing  Activities**

| | | | | |
|---|---|---|---|---|
| ECN Element | $ | (2,853) | | |
| LEAF | $ | (177) | | |
| Net Cash Flow from Financing Activities | | | $ | (3,030) |
| Net Change in Cash | | | $ | 6,077 |
| Beginning Cash Balance | | | $ | 30,190 |
| Ending Cash Balance | | | $ | 36,267 |

P3, LLC

(Debtor in Possession)

Cash Flow Statement Store #3970 (7183)

For 30 Days Ending November 30, 2016

**Cash Flows from Operating Activities**

| | | | | |
|---|---|---|---|---|
| Operating Income | $ | 21,170 | | |
| Sales Tax Pass Thru | $ | (7,389) | | |
| Net Cash Flow from Operating Activities | | | $ | 13,781 |

**Cash Flows from Investing Activities**

| | | | | |
|---|---|---|---|---|
| | $ | - | | |
| | $ | - | | |
| Net Cash Flow from Investing Activities | | | $ | - |

**Cash Flows from Financing  Activities**

| | | |
|---|---:|---:|
| ECN Element | $ (2,853) | |
| LEAF | $ (177) | |
| | | |
| Net Cash Flow from Financing Activities | | $ (3,030) |
| Net Change in Cash | | $ 10,751 |
| Beginning Cash Balance | | $ 38,011 |
| Ending Cash Balance | | $ 48,762 |

P3, LLC
(Debtor in Possession)
Cash Flow Statement Store #4006 (7191)
For 30 Days Ending November 30, 2016

**Cash Flows from Operating Activities**

| | | |
|---|---:|---:|
| Operating Income | $ 17,355 | |
| Sales Tax Pass Thru | $ (6,000) | |
| | | |
| Net Cash Flow from Operating Activities | | $ 11,355 |

**Cash Flows from Investing Activities**

| | | |
|---|---:|---:|
| | $ - | |
| | $ - | |
| | | |
| Net Cash Flow from Investing Activities | | $ - |

**Cash Flows from Financing  Activities**

| | | |
|---|---:|---:|
| ECN Element | $ (2,853) | |
| LEAF | $ (177) | |

| | | |
|---|---|---:|
| Net Cash Flow from Financing Activities | $ | (3,030) |
| Net Change in Cash | $ | 8,325 |
| Beginning Cash Balance | $ | 27,908 |
| Ending Cash Balance | $ | 36,233 |

P3, LLC

(Debtor in Possession)

Cash Flow Statement Store #4669 (7209)

For 30 Days Ending November 30, 2016

Cash Flows from Operating Activities

| | | | | |
|---|---|---:|---|---:|
| Operating Income | $ | 8,003 | | |
| Sales Tax Pass Thru | $ | (6,093) | | |
| | | | | |
| Net Cash Flow from Operating Activities | | | $ | 1,910 |

Cash Flows from Investing Activities

| | | | | |
|---|---|---:|---|---:|
| | $ | - | | |
| | $ | - | | |
| | | | | |
| Net Cash Flow from Investing Activities | | | $ | - |

Cash Flows from Financing  Activities

| | | | | |
|---|---|---:|---|---:|
| ECN Element | $ | (2,853) | | |
| LEAF | $ | (177) | | |
| | | | | |
| Net Cash Flow from Financing Activities | | | $ | (3,030) |
| Net Change in Cash | | | $ | (1,120) |
| Beginning Cash Balance | | | $ | 23,535 |

| | | |
|---|---|---|
| Ending Cash Balance | | $    22,415 |

**P3, LLC**
**(Debtor in Possession)**
**Cash Flow Statement Store #13662 (7217)**
**For 30 Days Ending November 30, 2016**

Cash Flows from Operating Activities

| | | |
|---|---|---|
| Operating Income | $    13,922 | |
| Sales Tax Pass Thru | $    (7,619) | |
| Net Cash Flow from Operating Activities | | $    6,303 |

Cash Flows from Investing Activities

| | | |
|---|---|---|
| | $    - | |
| Net Cash Flow from Investing Activities | | $    - |

Cash Flows from Financing  Activities

| | | |
|---|---|---|
| ECN Element | $    (3,353) | |
| LEAF | $    (177) | |
| Net Cash Flow from Financing Activities | | $    (3,530) |
| Net Change in Cash | | $    2,773 |
| Beginning Cash Balance | | $    35,352 |
| Ending Cash Balance | | $    38,125 |

**P3, LLC**
**(Debtor in Possession)**
**Cash Flow Statement Main (7225)**
**For 30 Days Ending November 30, 2016**

Cash Flows from Operating Activities

| | | |
|---|---|---|
| Sales Tax & Payroll Transfers | $    (102,142) | |

|  | | | | |
|---|---|---|---|---|
| | | | $ | (102,142) |

**Cash Flows from Investing Activities**

| | | | | |
|---|---|---|---|---|
| Net Cash Flow from Investing Activities | | | $ | - |

**Cash Flows from Financing  Activities**

| | | | | |
|---|---|---|---|---|
| | $ | - | | |
| | $ | - | | |
| | $ | - | | |
| Net Cash Flow from Financing Activities | | | $ | - |
| Net Change in Cash | | | $ | (102,142) |
| Beginning Cash Balance | | | $ | 179,553 |
| Ending Cash Balance | | | $ | 77,411 |

cfs

P3, LLC
Balance Sheet
(Debtor in Possession)
October 31,2016
**(See Notes to Balance Sheet)**

| Assets | | | Liabilities and Capital | | |
|---|---|---|---|---|---|
| Current Assets | | | Current Liabilities | | |
| Cash on Hand | | | | | |
| Store 139 | $ | 1,400 | Accounts/Notes Payable-Pre Filing | $ | 2,471,022 |
| Store 2423 | $ | 1,400 | Accounts Payable - Post filing | $ | 143,394 |
| Store 2794 | $ | 1,400 | Sales Tax-Payable | | |
| Store 2920 | $ | 1,400 | | | |
| Store 3519 | $ | 1,400 | | | |
| Store 3970 | $ | 1,400 | | | |
| Store 4006 | $ | 1,400 | | | |
| Store 4669 | $ | 1,400 | | | |
| Store 13662 | $ | 1,400 | | | |
| Total Cash on Hand | $ | 12,600 | | | |
| Cash in Bank | | | | | |
| General | $ | 77,411 | | | |
| Store 139 | $ | 87,676 | | | |
| Store 2423 | $ | 56,546 | | | |
| Store 2794 | $ | 33,520 | | | |
| Store 2920 | $ | 47,656 | | | |
| Store 3519 | $ | 36,267 | | | |
| Store 3970 | $ | 48,762 | | | |
| Store 4006 | $ | 36,233 | | | |
| Store 4669 | $ | 22,415 | | | |
| Store 13662 | $ | 38,125 | | | |
| Total Cash in Bank | $ | 484,611 | | | |
| Tota Current Assets | $ | 497,211 | Total Current Liabilities | $ | 2,614,416 |
| Fixed Assets | | | | | |
| Furniture, Fixtures & Equipment | $ | 1,047,572 | | | |
| Auto | $ | 22,000 | | | |
| Total Fixed Assets | $ | 1,069,572 | | | |
| Leasehold Improvements | $ | 322,473 | | | |
| Franchise Fee | $ | 25,000 | Capital | $ | (943,510) |
| Total Assets | $ | 1,889,256 | Total Liabilities & Capital | $ | 1,670,906 |

**Notes to Balance Sheet**

As soon as the court order was signed on October 8,2016 employing Aldridge Chaseswater, LLC, Joan deSouza
Frank Phelps as accounting and business consultants, the added task of reconstructing the formal books
of accounts began to emerge.  Starting September 22, 2016 the task of reconstructing the books
began prior to the court order by focusing on balances owed to all creditors, making sure payroll for +250
empoyees was properly taken care of including making sure all payroll taxes were all current, sanitation
measures were all current, sanitation measures were properly carried out, and in compliance with applicable
laws, studying an efficient electronic accounting reporting system to be installed, a necessity to protect
the financial investment made by all. Since date of filing on October 6, 2016 the process has been accelerated.

Please note that no reliable historical books of accounts exist and therefore beginning October 6, 2016 and
continuing forward are being developed and thus requiring further amendments to presented financial
statements may occur from time to time as further information unfolds.

**Current Assets**

**Cash on Hand** as shown is kept at each store in a secured manner under control of each store manager
and is signed off daily as counted each evening.

**Cash in Bank** as shown has been  verified with US Bank demonstrated by a paper trail bank statement and
transaction journal prepared indepently by US Bank and signed off by a banking official.

**Inventor**y is not shown but rather expensed off to each store because there is very little shelf life that can be
assigned to either perishable there is very little shelf life that can be assigned to either perishable
food and paper items.

**Fixed Assets , Leasehold Improvements  and Franchise Fee** have not been depreciated or amortized at this point
in time until such time as an inventory can be concluded disclosing purchase can be concluded disclosing purchase
can be concluded disclosing purchase dates and a detailed list of said assets,

**Other Assets**

The amount due from Peterson has been estimated until investigation is  completed determining the
 correct amount to be recovered

**Liabilities**

All creditors' amounts due were taken from court records and/or company records and will be amended from
time to time as new information surfaces.

**Capital**

Because no reliable historialc records are available, the amount so stated will be amended once new data can
be verified.

P3 Foods,LLC
Debtor in Possession
Consolidated and Individual Store Income Statement Cash Basis
November 1 -November 30, 2016
(See Notes to Income Statement)

| Store Numbers | All Stores | % to Sales | 139 | % to Sales | 2423 | % to Sales | 2794 | % to Sales | 2920 | % to Sales | 3519 | % to Sales | 3970 | % to Sales | 4006 | % to Sales | 4669 | % to Sales | 13662 | % to Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Sales | $ 951,928 | 100.00% | 160,515 | 100.00% | 118,693 | 100.00% | 85,249 | 100.00% | 101,708 | 100.00% | 101,604 | 100.00% | 101,604 | 100.00% | 94,155 | 100.00% | 86,444 | 100.00% | 101,956 | 100.00% |
| Cost of Goods Sold | $ 301,386 | 31.66% | 48,530 | 30.23% | 36,352 | 30.63% | 27,525 | 32.29% | 29,288 | 28.80% | 30,208 | 29.73% | 30,099 | 29.62% | 30,989 | 32.91% | 28,215 | 32.64% | 40,180 | 39.41% |
| Gross Profit | $ 650,542 | 68.34% | 111,985 | 69.77% | 82,341 | 69.37% | 57,724 | 67.71% | 72,420 | 71.20% | 71,396 | 70.27% | 71,505 | 70.38% | 63,166 | 67.09% | 58,229 | 67.36% | 61,776 | 60.59% |
| **Labor** | | | | | | | | | | | | | | | | | | | | |
| Store Managers | $ - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Crew | $ 211,691 | 22.24% | 35,531 | 22.14% | 27,044 | 22.78% | 20,520 | 24.07% | 24,188 | 23.78% | 19,290 | 18.99% | 18,897 | 18.60% | 20,064 | 21.31% | 24,628 | 28.49% | 21,529 | 21.12% |
| Regional Managers | $ - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| General Managers | $ - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| CEO | $ - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| CEO Expenses | $ - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Payroll Taxes | $ - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Total Labor | $ 211,691 | 22.24% | 35,531 | 22.14% | 27,044 | 22.78% | 20,520 | 24.07% | 24,188 | 23.78% | 19,290 | 18.99% | 18,897 | 18.60% | 20,064 | 21.31% | 24,628 | 28.49% | 21,529 | 21.12% |
| **Burger King Expenses** | | | | | | | | | | | | | | | | | | | | |
| Royalties | $ - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Rent | $ 95,244 | 10.01% | 11,465 | 7.14% | - | 0.00% | 10,618 | 12.46% | 12,540 | 12.33% | 12,298 | 12.10% | 12,298 | 12.10% | 10,874 | 11.55% | 11,871 | 13.73% | 13,280 | 13.03% |
| Real Estate Taxes | $ 35,393 | 3.72% | 3,695 | 2.30% | 4,145 | 4.86% | 5,239 | 5.15% | 5,121 | 5.04% | 5,121 | 5.04% | 5,511 | 5.85% | 3,358 | 3.88% | 3,203 | 3.14% |
| Advertising/(In)spending | $ - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Total Burger King Expenses | $ 130,637 | 13.72% | 15,160 | 9.44% | - | 0.00% | 14,763 | 17.32% | 17,779 | 17.48% | 17,419 | 17.14% | 17,419 | 17.14% | 16,385 | 17.40% | 15,229 | 17.62% | 16,483 | 16.17% |
| **General & Administrative Expenses** | | | | | | | | | | | | | | | | | | | | |
| Mileage | $ - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Medical | $ - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Credit Card Charges | $ 13,681 | 1.44% | 2,539 | 1.58% | 785 | 0.66% | 1,211 | 1.42% | 1,686 | 1.66% | 1,280 | 1.26% | 1,782 | 1.75% | 1,729 | 1.84% | 1,551 | 1.79% | 1,118 | 1.10% |
| Payroll Processing-All Stores | | | $ 1,739 | | | | | | | | | | | | | | | | | |
| Office | $ 5,776 | 0.61% | 922 | 0.57% | 500 | 0.42% | 500 | 0.59% | 500 | 0.49% | 500 | 0.49% | 500 | 0.49% | 1,354 | 1.44% | 500 | 0.58% | 500 | 0.49% |
| Insurance | $ - | 0.00% | 1,959 | 1.22% | 1,839 | 1.55% | 1,052 | 1.23% | 1,835 | 1.80% | 1,885 | 1.86% | 1,885 | 1.86% | 1,339 | 1.42% | 1,832 | 2.12% | 1,966 | 1.93% |
| Accounting & Financial Services | $ 20,000 | 2.10% | 2,400 | 1.50% | 2,200 | 1.85% | 2,200 | 2.58% | 2,200 | 2.16% | 2,200 | 2.17% | 2,200 | 2.17% | 2,200 | 2.34% | 2,200 | 2.55% | 2,200 | 2.16% |
| Maintenance & Repairs | $ 8,580 | 0.90% | 1,349 | 0.84% | - | 0.00% | 443 | 0.52% | 2,581 | 2.54% | 1,504 | 1.48% | 1,504 | 1.48% | - | 0.00% | 1,199 | 1.39% | - | 0.00% |
| Scavenger | $ - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| SICOM(POS System) | $ 5,605 | 0.59% | 296 | 0.18% | 93 | 0.08% | 1,354 | 1.59% | 379 | 0.37% | 1,234 | 1.21% | 1,234 | 1.21% | - | 0.00% | 408 | 0.47% | 607 | 0.60% |
| Uniforms | $ 1,031 | 0.11% | 231 | 0.14% | - | 0.00% | 68 | 0.08% | 267 | 0.26% | 160 | 0.16% | 160 | 0.16% | - | 0.00% | 102 | 0.12% | 43 | 0.04% |
| Utilities | $ 31,104 | 3.27% | 4,755 | 2.96% | 6,220 | 5.24% | 809 | 0.95% | 1,087 | 1.07% | 4,754 | 4.68% | 4,754 | 4.68% | 2,740 | 2.91% | 2,577 | 2.98% | 3,408 | 3.34% |
| Phone | $ 112 | 0.01% | - | 0.00% | - | 0.00% | 112 | 0.13% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Direct TV | $ 78 | 0.01% | - | 0.00% | 78 | 0.07% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Rent | $ 9,000 | 0.95% | - | 0.00% | 9,000 | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Real Estate Taxes | $ 1,927 | 0.20% | - | 0.00% | 1,927 | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% | - | 0.00% |
| Total General & Administrative Expenses | $ 96,894 | 10.18% | 16,190 | 10.09% | 22,642 | 19.08% | 7,749 | 9.09% | 10,535 | 10.36% | 13,517 | 13.30% | 14,019 | 13.80% | 9,362 | 9.94% | 10,369 | 12.00% | 9,842 | 9.65% |
| Net Income | $ 193,989 | 20.38% | 45,104 | 28.10% | 32,655 | 27.51% | 14,692 | 17.23% | 19,918 | 19.58% | 21,170 | 20.84% | 21,170 | 20.84% | 17,355 | 18.43% | 8,003 | 9.26% | 13,922 | 13.65% |

Note : This Consolidated and individual store Income Statement was prepared on a cash basis with supporting documentation from
Actual November 2016 Bank Statements obtained from US Bank.

P3,LLC
Debtor in Possession
Cash Basis Consolidated and Individual Store Income Statement
October 11 ending October 31,2016
**(See Notes to Income Statement)**

| Store Numbers | All Stores | % to Sales | 139 | % to Sales | 2423 | % to Sales | 2794 | % to Sales | 2920 | % to Sales | 3519 | % to Sales | 3970 | % to Sales | 4006 | % to Sales | 4669 | % to Sales | 13662 | % to Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Deposited  Sales | $ 606,024 | 100.00% | $ 100,749 | 100.00% | $ 84,606 | 100.00% | $ 54,475 | 100.00% | $ 72,946 | 100.00% | $ 56,065 | 100.00% | $ 65,915 | 100.00% | $ 54,261 | 100.00% | $ 52,267 | 100.00% | $ 64,740 | 100.00% |
| Cost of Goods Sold | $ 213,373 | 35.21% | $ 33,630 | 33.38% | $ 34,552 | 40.84% | $ 20,127 | 36.95% | $ 21,590 | 29.60% | $ 20,321 | 36.25% | $ 19,394 | 29.42% | $ 21,068 | 38.83% | $ 24,242 | 46.38% | $ 18,449 | 28.50% |
| Gross Profit | $ 392,651 | 64.79% | $ 67,119 | 66.62% | $ 50,054 | 59.16% | $ 34,348 | 63.05% | $ 51,356 | 70.40% | $ 35,744 | 63.75% | $ 46,521 | 70.58% | $ 33,193 | 61.17% | $ 28,025 | 53.62% | $ 46,291 | 71.50% |
| Labor | | | | | | | | | | | | | | | | | | | | |
| Store Managers | $ 4,857 | 0.80% | $ - | 0.00% | $ - | 0.00% | $ 1,223 | 2.25% | $ 1,364 | 1.87% | $ 1,328 | 2.37% | $ - | 0.00% | $ 942 | 1.74% | $ - | 0.00% | | 0.00% |
| Crew | $ 51,158 | 8.44% | $ 8,395 | 8.33% | $ 6,757 | 7.99% | $ 3,791 | 6.96% | $ 5,717 | 7.84% | $ 3,496 | 6.24% | $ 4,525 | 6.00% | $ 3,583 | 6.60% | $ 6,476 | 12.39% | $ 8,418 | 13.00% |
| Regional Managers | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | | 0.00% |
| General Managers | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | | 0.00% |
| CEO | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | | | | 0.00% |
| CEO Expenses | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | | | | 0.00% |
| Payroll Taxes | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | | 0.00% |
| Total Labor | $ 56,015 | 9.24% | $ 8,395 | 8.33% | $ 6,757 | 7.99% | $ 5,014 | 9.20% | $ 7,081 | 9.71% | $ 4,824 | 8.60% | $ 4,525 | 6.00% | $ 4,525 | 8.34% | $ 6,476 | 12.39% | $ 8,418 | 13.00% |
| Burger King Expenses | | | | | | | | | | | | | | | | | | | | |
| Royalties | $ 3,807 | 0.63% | $ - | 0.00% | $ 3,807 | 4.50% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | | 0.00% |
| Rent | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | | 0.00% |
| Real Estate Taxes | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | | 0.00% |
| Advertising | $ 3,384 | 0.56% | $ - | 0.00% | $ 3,384 | 4.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | | 0.00% |
| Total Burger King Expenses | $ 7,192 | 1.19% | $ - | 0.00% | $ 7,192 | 8.50% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
| General & Administrative Expenses | | | | | | | | | | | | | | | | | | | | |
| Payroll Processing | $ 962 | 0.16% | $ 962 | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
| Medical | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
| Credit Card Charges | $ 8,331 | 1.37% | $ 1,415 | 0.00% | $ 172 | 0.00% | $ 776 | 1.42% | $ 994 | 1.36% | $ 728 | 1.30% | $ 1,261 | 1.91% | $ 1,207 | 2.22% | $ 1,024 | 1.96% | $ 754 | 1.16% |
| Office | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
| POS/Menu System | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | | 0.00% |
| Maintenance & Repairs | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | | 0.00% |
| IT | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | | 0.00% |
| Utilities | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | | 0.00% |
| Phone | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | | 0.00% |
| Rent | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
| Real Estate Taxes | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% | $ - | 0.00% |
| Total General & Administrative Expenses | $ 9,293 | 1.53% | $ 2,377 | 2.36% | $ 172 | 0.20% | $ 776 | 1.42% | $ 994 | 1.36% | $ 728 | 1.30% | $ 1,261 | 1.91% | $ 1,207 | 2.22% | $ 1,024 | 1.96% | $ 754 | 1.16% |
| Net Cash  Income | $ 320,151 | 52.83% | $ 56,347 | 55.93% | $ 35,933 | 42.47% | $ 28,558 | 52.42% | $ 43,281 | 59.33% | $ 30,192 | 53.85% | $ 40,735 | 61.80% | $ 27,461 | 50.61% | $ 20,525 | 39.27% | $ 37,119 | 57.34% |

**Notes to Balance Sheet**

**This Balance Sheet has been adjusted to the Cash Basis method of Accounting**

As soon as the court order was signed on October 8,2016 employing Aldridge Chaseswater, LLC, Joan deSouza
Frank Phelps as accounting and business consultants, the added task of reconstructing the formal books
of accounts began to emerge.  Starting September 22, 2016 the task of reconstructing the books
began prior to the court order by focusing on balances owed to all creditors, making sure payroll for +250
empoyees was properly taken care of including making sure all payroll taxes were all current, sanitation
measures were all current, sanitation measures were properly carried out, and in compliance with applicable
laws, studying an efficient electronic accounting reporting system to be installed, a necessity to protect
the financial investment made by all. Since date of filing on October 6, 2016 the process has been accelerated.


Please note that no reliable historical books of accounts exist and therefore beginning October 6, 2016 and
continuing forward are being developed and thus requiring further amendments to presented financial
statements may occur from time to time as further information unfolds.

**Current Assets**
**Cash on Hand** as shown is kept at each store in a secured manner under control of each store manager
and is signed off daily as counted each evening.

**Cash in Bank** as shown has been  verified with US Bank demonstrated by a paper trail bank statement and
transaction journal prepared indepently by US Bank and signed off by a banking official.

**Invento**ry is not shown but rather expensed off to each store because there is very little shelf life that can be
assigned to either perishable there is very little shelf life that can be assigned to either perishable
food and paper items.

**Fixed Assets , Leasehold Improvements  and Franchise Fee** have not been depreciated or amortized at this point
in time until such time as an inventory can be concluded disclosing purchase can be concluded disclosing purchase
can be concluded disclosing purchase dates and a detailed list of said assets,

**Other Assets**
The amount due from Peterson has been estimated until investigation is  completed determining the
 correct amount to be recovered


**Liabilities**
All creditors' amounts due were taken from court records and/or company records and will be amended from
time to time as new information surfaces.

**Capital**
Because no reliable historialc records are available, the amount so stated will be amended once new data can
be verified.

P3, LLC
(Debtor in Possession)
Cash Flow Statement General (7225)
For 25 Days Ending October 31, 2016

Cash Flows from Operating Activities

| | | |
|---|---|---|
| Operating Income | $ - | |
| Sales Tax Payable All StoresNet Cash Flow from Financing Activities | $ (70,703) | |
| Decrease in accounts Payable All Stores | $ (96,050) | |
| Net Cash Flow from Operating Activities for Store 2423 | $ (5,000) | |
| | | $ (171,753) |

Cash Flows from Investing Activities

| | | |
|---|---|---|
| Cash Deposit used to Open Debtor in Possession Main Account | $ 125 | |
| | $ - | |
| Net Cash Flow from Investing Activities | | $ 125 |

Cash Flows from Financing  Activities

| | | |
|---|---|---|
| Decrease in Notes Payable-Elements | $ (16,428) | |
| | $ - | |
| | $ - | |
| Net Cash Flow from Financing Activities | | $ (16,303) |
| Net Change in Cash | | $ (171,628) |
| Beginning Cash Balance | | $ 367,484 |
| Ending Cash Balance | | $ 179,553 |