United States Bankruptcy Court

_Northern_ District of _Illinois Eastern Division_

In re _P3 Foods LLC_,    Case No. _16-320-21_

Debtor    Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of _July 2017_ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| P3 Foods LLC | P3 Foods LLC | |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

**THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.**

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs,

verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

Date: 8/10/2017

_____
Signature of Authorized Individual

Anthony Pendolino
Name of Authorized Individual

CEO, P3 Foods LLC
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re: **P3 Foods LLC**
         *Debtor*

Case No. **16320-21**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **July 2017**

Date filed: **October 6th 2016**

Line of Business: **Burger King Franchise**

NAISC Code: **122513**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ [signature]*
Original Signature of Responsible Party

**Anthony Pendolino, CEO, P3 Foods LLC**
Printed Name of Responsible Party

| # | Questionnaire: (All questions to be answered on behalf of the debtor.) | Yes | No |
|---|---|---|---|
| 1 | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2 | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3 | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4 | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5 | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6 | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7 | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8 | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9 | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10 | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11 | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12 | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13 | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 1,048,482

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month      $ 12,000
Cash on Hand at End of Month        $ 12,000

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL  $ 383152

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 900819

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*        $ 1048482
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*      $ 900819
*(Subtract Line C from Line B)*     CASH PROFIT FOR THE MONTH  $ 147663

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ 150,000 Trade vendors due weekly.

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ 0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  251

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  220

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ 58731.24

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ 0

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ *(N/A)* | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:  $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:  $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

P3 Foods, LLC
Balance Sheet
(Debtor in Possession)
July 31, 2017
(See Notes to Balance Sheet)

## Assets

**Current Assets**

Cash on Hand

| | | |
|---|---|---|
| Store 139 | $ | 1,400 |
| Store 2423 | $ | 1,400 |
| Store 2794 | $ | 1,400 |
| Store 2920 | $ | 1,400 |
| Store 3519 | $ | 1,400 |
| Store 3970 | $ | 1,400 |
| Store 4006 | $ | 1,400 |
| Store 4669 | $ | 1,400 |
| Store 13662 | $ | 1,400 |

Total Cash on Hand          $   12,600

Cash in Bank

| | | |
|---|---|---|
| Main | | $70,922 |
| Store 139 | | $75,192 |
| Store 2423 | | $22,510 |
| Store 2794 | | $18,079 |
| Store 2920 | | $30,665 |
| Store 3519 | | $50,601 |
| Store 3970 | | $53,256 |
| Store 4006 | | $15,492 |
| Store 4669 | | $18,097 |
| Store 13662 | | $15,738 |

Total Cash in Bank          $  370,552

Total Current Assets          $  383,152

**Fixed Assets**

| | | |
|---|---|---|
| Furniture, Fixtures & Equipment | $ | 1,047,572 |
| Auto | $ | 22,000 |

Total Fixed Assets          $ 1,069,572

| | | |
|---|---|---|
| Leasehold Improvements | $ | 322,473 |
| Franchise Fee | $ | 25,000 |

Total Assets          $ 1,775,197

## Liabilities and Capital

**Current Liabilities**

Accounts/Notes Payable-Pre Filing          $ 2,471,022

Total Current Liabilities          $ 2,471,022

Capital          $  (695,825)

Total Liabilities & Capital          $ 1,775,197

Notes to Balance Sheet

This Balance Sheet has been adjusted to the Cash Basis method of Accounting

As soon as the court order was signed on October 8,2016 employing Aldridge Chaseswater, LLC, Joan deSouza Frank Phelps as accounting and business consultants, the added task of reconstructing the formal books of accounts began to emerge. Starting September 22, 2016 the task of reconstructing the books began prior to the court order by focusing on balances owed to all creditors, making sure payroll for +250 employees was properly taken care of including making sure all payroll taxes were all current, sanitation measures were all current, sanitation measures were properly carried out, and in compliance with applicable laws, studying an efficient electronic accounting reporting system to be installed, a necessity to protect the financial investment made by all. Since date of filing on October 6, 2016 the process has been accelerated.

Please note that no reliable historical books of accounts exist and therefore beginning October 6, 2016 and continuing forward are being developed and thus requiring further amendments to presented financial statements may occur from time to time as further information unfolds.

Current Assets

Cash on Hand as shown is kept at each store in a secured manner under control of each store manager and signed off daily as counted each evening.

In Bank as shown has been verified with US Bank demonstrated by a paper trail bank statement and transaction journal prepared independently by US Bank and signed off by a banking official.

Inventory is not shown but rather expensed off to each store because there is very little shelf life that can be assigned to either perishable there is very little shelf life that can be assigned to either perishable food and paper items.

Fixed Assets , Leasehold Improvements and Franchise Fee have not been depreciated or amortized at this point in time until such time as an inventory can be concluded disclosing purchase dates and a detailed list of said assets, can be concluded disclosing purchase dates and a detailed list of said assets,

Other Assets

The amount due from Peterson has been estimated until investigation is completed determining the correct amount to be recovered

Liabilities

All creditors' amounts due were taken from court records and/or company records and will be amended from time to time as new information surfaces.

Capital

Because no reliable historical records are available, the amount so stated will be amended once new data can be verified.

P3 Foods, LLC
Debtor in Possession
Consolidated and Individual Store Income Statement Cash Basis
July 1 -July 31, 2017
(See Notes to Income Statement)

| Store Numbers | All Stores | % to Sales | 139 | % to Sales | 2423 | % to Sales | 2794 | % to Sales | 2920 | % to Sales | 3519 | % to Sales | 3970 | % to Sales | 4006 | % to Sales | 4669 | % to Sales | 13662 | % to Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Sales | $ 1,048,482 | 100.00% | $ 188,297 | 100.00% | $ 126,910 | 100.00% | $ 86,399 | 100.00% | $ 111,231 | 100.00% | $ 121,208 | 100.00% | $ 105,682 | 100.00% | $ 95,815 | 100.00% | $ 102,139 | 100.00% | $ 110,801 | 100.00% |
| Cost of Goods Sold | $ 264,109 | 25.19% | $ 49,823 | 26.46% | $ 38,721 | 30.51% | $ 26,216 | 30.34% | $ 27,948 | 25.13% | $ 28,000 | 23.10% | $ 26,246 | 24.83% | $ 20,189 | 21.07% | $ 24,152 | 23.65% | $ 22,814 | 20.59% |
| Gross Profit | $ 784,373 | 74.81% | $ 138,474 | 73.54% | $ 88,189 | 69.49% | $ 60,183 | 69.66% | $ 83,283 | 74.87% | $ 93,208 | 76.90% | $ 79,436 | 75.17% | $ 75,626 | 78.93% | $ 77,987 | 76.35% | $ 87,987 | 79.41% |
| Labor | | | | | | | | | | | | | | | | | | | | |
| Total all Caterories of Payroll & Taxes | $ 233,477 | 22.27% | $ 35,275 | 18.73% | $ 32,544 | 25.64% | $ 18,957 | 21.94% | $ 20,534 | 18.46% | $ 28,706 | 23.68% | $ 19,656 | 18.60% | $ 16,222 | 16.93% | $ 23,899 | 23.40% | $ 37,684 | 34.01% |
| Total Labor | $ 233,477 | 22.27% | $ 35,275 | 18.73% | $ 32,544 | 25.64% | $ 18,957 | 21.94% | $ 20,534 | 18.46% | $ 28,706 | 23.68% | $ 19,656 | 18.60% | $ 16,222 | 16.93% | $ 23,899 | 23.40% | $ 37,684 | 34.01% |
| Burger King Expenses | | | | | | | | | | | | | | | | | | | | |
| Advertising/Invrgvending | $ 38,248 | 3.65% | $ 6,248 | 3.32% | $ 6,248 | 4.92% | $ 3,271 | 3.79% | $ 3,901 | 3.51% | $ 4,150 | 3.42% | $ 4,164 | 3.94% | $ 2,887 | 3.01% | $ 3,332 | 3.26% | $ 4,047 | 3.65% |
| Royalties | $ 41,184 | 3.93% | $ 7,029 | 3.73% | $ 5,184 | 4.08% | $ 4,389 | 5.08% | $ 4,669 | 4.20% | $ 4,684 | 3.86% | $ 3,248 | 3.07% | $ 3,680 | 3.84% | $ 3,748 | 3.67% | $ 4,553 | 4.11% |
| Real Estate Taxes | $ 39,963 | 3.81% | $ 4,384 | 2.33% |  | 0.00% | $ 4,339 | 5.02% | $ 5,742 | 5.16% | $ 5,364 | 4.43% | $ 5,464 | 5.17% | $ 6,547 | 6.83% | $ 4,121 | 4.03% | $ 4,002 | 3.61% |
| Burger King Training | $ 4,725 | 0.45% | $ 525 | 0.28% | $ 525 | 0.41% | $ 525 | 0.61% | $ 525 | 0.47% | $ 525 | 0.43% | $ 525 | 0.50% | $ 525 | 0.55% | $ 525 | 0.51% | $ 525 | 0.47% |
| Total Burger King Expenses | $ 124,120 | 11.84% | $ 18,186 | 9.66% | $ 11,957 | 9.42% | $ 12,524 | 14.50% | $ 14,837 | 13.34% | $ 14,723 | 12.15% | $ 13,401 | 12.68% | $ 13,639 | 14.23% | $ 11,726 | 11.48% | $ 13,127 | 11.85% |
| General & Administrative Expenses | | | | | | | | | | | | | | | | | | | | |
| Credit Card & Bank Charges | $ 14,662 | 1.40% | $ 3,975 | 2.11% | $ 1,338 | 1.05% | $ 1,138 | 1.32% | $ 1,435 | 1.29% | $ 1,351 | 1.11% | $ 1,637 | 1.55% | $ 1,325 | 1.38% | $ 1,409 | 1.38% | $ 1,054 | 0.95% |
| Payroll Processing-All Stores | $ 2,968 | 0.28% | $ 2,884 | 1.53% |  | 0.00% |  | 0.00% |  | 0.00% | 84 | 0.07% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |
| Office | $ 222 | 0.02% | $ 63 | 0.03% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% | 159 | 0.15% |  | 0.00% |  | 0.00% |  | 0.00% |
| Tony Pendolino | $ 1,300 | 0.12% | $ 1,300 | 0.69% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |
| United States Trustee |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |
| Insurance | $ 17,330 | 1.65% | $ 1,933 | 1.03% | $ 1,999 | 1.58% | $ 1,790 | 2.07% | $ 1,854 | 1.67% | $ 1,966 | 1.62% | $ 1,968 | 1.86% | $ 1,822 | 1.90% | $ 1,848 | 1.81% | $ 2,150 | 1.94% |
| Legal |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |
| Maintenance & Repairs | $ 19,380 | 1.85% | $ 1,001 | 0.53% | $ 1,501 | 1.18% | $ 4,909 | 5.68% | $ 1,702 | 1.53% | $ 354 | 0.29% | $ 3,422 | 3.24% | $ 2,594 | 2.71% | $ 2,385 | 2.34% | $ 1,512 | 1.36% |
| Payroll Advances Stores 2779, 4006, 4669 |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |
| Landscape Care | $ 4,570 | 0.44% | $ 316 | 0.17% | $ 279 | 0.22% |  | 0.00% | $ 589 | 0.53% | $ 305 | 0.25% |  | 0.00% | $ 947 | 0.99% | $ 882 | 0.86% | $ 305 | 0.28% |
| SICOM/POS System + New System (Note 1) | $ 24,667 | 2.35% | $ 2,915 | 1.55% | $ 1,600 | 1.26% | $ 2,914 | 3.37% | $ 2,915 | 2.62% | $ 1,591 | 1.31% | $ 2,914 | 2.76% | $ 2,914 | 3.04% | $ 3,364 | 3.29% | $ 3,540 | 3.19% |
| Uniforms |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |
| Utilities/Comcast | $ 27,049 | 2.58% | $ 2,989 | 1.59% | $ 3,462 | 2.73% | $ 2,824 | 3.27% | $ 2,899 | 2.61% | $ 2,850 | 2.35% | $ 2,832 | 2.68% | $ 2,944 | 3.07% | $ 3,614 | 3.54% | $ 2,635 | 2.38% |
| Rent-Brainerd | $ 9,000 | 0.86% |  | 0.00% | $ 9,000 | 7.09% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |
| Real Estate Taxes-Brainerd | $ 1,927 | 0.18% |  | 0.00% | $ 1,927 | 1.52% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |
| State Sales Tax | $ 69,910 | 6.67% | $ 12,182 | 6.47% | $ 9,138 | 7.20% | $ 6,870 | 7.95% | $ 7,451 | 6.70% | $ 7,419 | 6.12% | $ 7,595 | 7.19% | $ 5,263 | 5.49% | $ 6,076 | 5.95% | $ 7,916 | 7.14% |
| License/Permits | $ 565 | 0.05% |  | 0.00% |  | 0.00% | 70 | 0.08% | 495 | 0.45% |  | 0.00% |  | 0.00% |  | 0.00% | 70 | 0.07% |  | 0.00% |
| Security | $ 209 | 0.02% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% | 139 | 0.13% |  | 0.00% | 13,059 | 13.09% |  | 0.07% | 10,180 | 10.10% |
| Total General & Administrative Expenses | $ 193,759 | 18.48% | $ 29,558 | 15.70% | $ 30,244 | 23.83% | $ 20,515 | 23.74% | $ 19,340 | 17.39% | $ 21,474 | 20.32% |  | 0.00% |  | 13.22% |  |  |  |  |
| Net Cash Increase from Operations | $ 233,017 | 22.22% | $ 55,455 | 29.45% | $ 13,444 | 10.59% | $ 8,187 | 9.48% | $ 28,572 | 25.69% | $ 49,779 | 41.07% | $ 24,905 | 23.57% | $ 45,765 | 47.76% | $ 42,362 | 41.47% | $ 37,176 | 33.55% |
| Note Payments & Transfers | | | | | | | | | | | | | | | | | | | | |
| American Express |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |
| PNC Equipmwnt Financing | $ 11,416 | 1.1% | $ 1,427 | 0.76% |  | 0.00% |  | 0.00% | $ 1,427 | 1.28% | $ 1,427 | 1.18% | $ 1,427 | 1.35% | $ 1,427 | 1.49% | $ 1,427 | 1.40% | $ 1,427 | 1.29% |
| Leaf |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |
| NFA | $ 4,911 | 0.46% |  | 0.00% |  | 0.00% |  | 0.00% | $ 4,911 | 4.42% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |
| Due From Store 4006 | $ 18,000 | 0.0% | $ 13,000 | 6.90% |  | 0.00% |  | 0.00% |  |  |  |  |  |  | 5,000 | 5.22% |  | 0.00% |  | 0.00% |
| Due From Store 4669 | $ 18,000 |  | $ 13,000 | 6.90% |  | 0.00% |  | 0.00% |  |  |  |  |  |  |  |  | 5,000 | 4.90% |  | 0.00% |
| Due From Store 13662 | $ 18,000 |  | $ 13,000 | 6.90% |  | 0.00% |  | 0.00% |  |  |  |  |  |  |  |  |  |  | 5,000 | 4.51% |
| Total Note Payments & Transfers | $ 70,327 | 1.56% | $ 40,427 | 21.47% |  | 0.00% |  | 0.00% | $ 6,338 | 5.70% | $ 1,427 | 1.18% | $ 1,427 | 1.35% | $ 6,427 | 6.71% | $ 6,427 | 6.29% | $ 6,427 | 5.80% |
| Net Cash Flow Increase | $ 162,690 | 20.67% | $ 15,028 | 7.98% | $ 13,444 | 10.59% | $ 6,760 | 7.82% | $ 22,234 | 19.99% | $ 48,352 | 39.89% | $ 23,478 | 22.22% | $ 45,765 | 41.05% | $ 42,362 | 35.18% | $ 37,176 | 27.75% |