**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:   P3 FOODS, LLC,                                  Case No. 16-32021
                                                         Hon. Pamela S. Hollis
          Debtor.                                        Chapter 7

**NOTICE OF MOTION and PROOF OF SERVICE**

TO: SEE ATTACHED SERVICE LIST

    **PLEASE TAKE NOTICE** that Reinhart FoodSerivce, LLC ("Reinhart") has filed papers with the Court for Reinhart's Motion for Allowance of Post-Petition, Chapter 11 Administrative Claim (the "Motion"), and the undersigned counsel will appear before the Honorable Chief Judge Pamela S. Hollis, on **Friday, November 16, 2018 at 10:00 a.m.**, at the Joliet City Hall building, located at 150 W. Jefferson Street, 2nd Floor, Joliet, Illinois, at which time the Motion will be presented to the Court. A copy of the Motion is provided with this Notice.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then within 21 days of the date of this Notice, you or your attorney must file with the Court, electronically with the Court's Electronic Case Filing system, a written response that complies with Rule 8(b), (c) and (e), Fed. R. Civ. P., explaining your position. You may find more information regarding electronic filing at the Court's website, http://www.ilnb.uscourts.gov, or at:

    Clerk of Court
    United States Bankruptcy Court
    Everett McKinley Dirksen United States Courthouse
    219 S. Dearborn Street
    Chicago, IL 60604

You must also mail, fax or deliver a copy to:

    Samuel C. Wisotzkey, Esq.
    KOHNER MANN & KAILAS, S.C.
    4650 N. Port Washington Rd., Suite 250
    Milwaukee, WI 53212
    Facsimile (414) 962-8725

swisotzkey@kmksc.com

**If you or your attorney do not submit a timely written response to the Motion, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.**

Dated: October 15, 2018

                                      KOHNER, MANN & KAILAS, S.C.
                                      Attorneys for Reinhart FoodService, LLC

                              By:  /s/ Samuel C. Wisotzkey
                                 Samuel C. Wisotzkey
                                 IL Attorney No.: 90785503
                                 WI Bar No. 1029537
                                 4650 N. Port Washington Road
                                 Milwaukee, WI 53212
                                 (414) 962-5110 Telephone
                                 (414) 962-8725 Fax
                                 swisotzkey@kmksc.com

## PROOF OF SERVICE

I, Samuel C. Wisotzkey, an attorney, certify that on the 15th day of October, 2018, I caused this Notice, the attached Reinhart Foodservice, LLC's Motion for Allowance of Post-Petition, Chapter 11 Administrative Claim, and the attached Proposed Order, to be filed electronically with the Court and to be mailed by placing the aforementioned documents in an envelope properly addressed with postage prepaid to the attached Creditor Matrix. Notice of this electronic filing will be sent by operation of the Court's electronic filing system to the following registered ECF users in this case:

Thomas V Askounis on behalf of Creditor Element Financial Corp.
taskounis@askounisdarcy.com, akapai@askounisdarcy.com

Thomas V Askounis on behalf of Creditor PNC Equipment Finance, LLC
taskounis@askounisdarcy.com, akapai@askounisdarcy.com

Paul J Battista on behalf of Creditor Burger King Corporation
pbattista@gjb-law.com, chopkins@gjb-law.com;vlambdin@gjb-law.com

Alex Darcy on behalf of Creditor Element Financial Corp.
adarcy@askounisdarcy.com

Case 16-32021   Doc 301   Filed 10/15/18   Entered 10/15/18 15:24:13   Desc Main
Document      Page 3 of 14

William J Factor on behalf of Creditor 20/20 FRANCHISEE FUNDING LLC
wfactor@wfactorlaw.com,
wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com;factorwr43923@notify.bestcase.com

William J Factor on behalf of Creditor Pacific Premier Bank
wfactor@wfactorlaw.com,
wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com;factorwr43923@notify.bestcase.com

Richard H Fimoff on behalf of Creditor Brainerd Enterprises, L.L.C.
rfimoff@rsplaw.com, fb@rsplaw.com

Richard L Hirsh on behalf of Accountant Aldridge chasewater llc
richala@sbcglobal.net, rlhpc2@sbcglobal.net

Richard L Hirsh on behalf of Accountant Frank Phelps
richala@sbcglobal.net, rlhpc2@sbcglobal.net

Richard L Hirsh on behalf of Accountant Joan DeSouza
richala@sbcglobal.net, rlhpc2@sbcglobal.net

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Vincent E. Lazar on behalf of Creditor Burger King Corporation
vlazar@jenner.com, docketing@jenner.com;thooker@jenner.com

Madelaine Newcomb on behalf of Creditor Element Financial Corp.
mnewcomb@askounisdarcy.com

Jeffrey K. Paulsen on behalf of Creditor Pacific Premier Bank
jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com;jpaulsen@ecf.inforuptcy.com

Miriam R. Stein on behalf of Trustee Zane Zielinski, Trustee
mstein@chuhak.com, dgeorge@chuhak.com;vjefferson@chuhak.com

Roman Sukley on behalf of U.S. Trustee Patrick S Layng
USTPRegion11.es.ecf@usdoj.gov, roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov

Charles R Woolley on behalf of Creditor Element Financial Corp.
rwoolley@askounisdarcy.com, rmoizuddin@askounisdarcy.com

Charles R Woolley on behalf of Creditor LEAF Capital Funding, LLC
rwoolley@askounisdarcy.com, rmoizuddin@askounisdarcy.com

Charles R Woolley on behalf of Creditor PNC Equipment Finance, LLC
rwoolley@askounisdarcy.com, rmoizuddin@askounisdarcy.com

Zane Zielinski, Trustee
trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com

Zane Zielinski, Trustee on behalf of Trustee Zane Zielinski, Trustee
trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com

By:  /s/ Samuel C. Wisotzkey

Label Matrix for local noticing
0752-1
Case 16-32021
Northern District of Illinois
Chicago
Mon Oct 15 14:07:17 CDT 2018

20/20 FRANCHISEE FUNDING LLC
2 Mid America Plaza
Suite 120
Oak Brook Terrace, IL 60181-4711

Chuhak & Tecson, P.C.
c/o Miriam R. Stein
30 S. Wacker Drive
Suite 2600
Chicago, IL 60606-7512

LEAF Capital Funding, LLC
c/o Askounis & Darcy, PC
444 N. Michigan Ave.
Ste 3270
Chicago, IL 60611-3906

P3 FOODS, L.L.C.
15715 S. Route 59
Plainfield, IL 60544-2694

PNC Equipment Finance, LLC
Askounis & Darcy, PC
c/o Thomas V. Askounis
444 N Michigan Ave Ste 3270
Chicago, IL 60611-3906

Reinhart FoodService, LLC
c/o Kohner, Mann & Kailas, S.C.
Washington Building
4650 N Port Washington Road
Milwaukee, WI 53212-1077

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

20 20 Franchise
National Franchise Associates LLC
400 E 22nd St Suite A
Lombard, IL 60148-6104

AA Equipment
Nick Larsen
2212 Minnehaha Ave
Minneapolis, MN 55404-3152

Advocate Financial Group
940 E Diehl Rd
Naperville, IL 60563-4809

Alpine Diversified Inc
Melissa Pommerening
4857 University Ave NE
Minneapolis, MN 55421-2113

Alpine Diversified Services
Abby Corr
4857 University Ave NE
Minneapolis, MN 55421-2113

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Express Fin Mem Mail Hub
ATN Mercht Fnancng MailCode 2402-18
2401 W Behrend Dr Suite 55
Phoenix, AZ 85027-4145

Arcade Electric Co
Karen McConnell
1550 91st Ave NE Suite 201
Blaine, MN 55449-4386

Arcade Electric Co
Karen McConnell
1550 91st Ave NE Suite 201
Minneapolis, MN 55449-4386

Archway
Kari Lenneman
26049 Network Place
Chicago, IL 60673-1260

B&C Services LLC
Carol Bennes
10 17th Ave SE
Saint Joseph, MN 56374-9782

Bertram Electric
22528 182nd Ave
Saint Cloud, MN 56302

Brainerd Enterprises
2820 15th Avenue SW
Rochester, MN 55902-1117

Brainerd Enterprises
Dave Jenkins
2820 15th Ave SW
Rochester, MN 55902-1117

Brainerd Enterprises, L.L.C.
1903 South Broadway
Rochester MN 55904-7924

Brainerd Enterprises, LLC
c/o Richard Fimoff
Robbins, Salomon & Patt Ltd
180 N LaSalle St 33rd Floor
Chicago, IL 60601-2808

Brainerd Public Utilities
8027 Highland Senic Rd
PO BOX 373
Brainerd, MN 56401-0373

Brainerd Public Utilities
PO BOX 373
Brainerd, MN 56401-0373

Burger King Corp
5505 Blue Lagoon Drive
Miami, FL 33126-2029

Burger King Corporation
c/o Paul J. Battista, Esq.
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Ste 4400
Miami, FL 33131-2118

CPENERGY MNGCO
Centerpoint Energy
PO BOX 4671
Houston, TX 77210-4671

CST Corporation
Geri Brasfield
1225 Carnegie Street Suite 106
Rolling Meadows, IL 60008-1032

CTC
PO BOX 767
Brainerd, MN 56401-0767

CenterPoint Energy
505 Nicollet Mall
PO BOX 59038
Minneapolis, MN 55459-0038

CenterPoint Energy
POB 4567
Houston, TX 77210-4567

Century Link
PO BOX 91154
Seattle, WA 98111-9254

City of Eden Prairie
8080 Mitchell Rd
Eden Prairie, MN 55344-4485

City of Minneapolis
Health Dept-Environmental Health Dv
250 S Fourth St Room 414
Minneapolis, MN 55415-1321

City of Minneapolis - Utilities
250 S 4th St Rm 200`
Minneapolis, MN 55415-1321

City of Minneapolis - Utilities
c/o 350 S 5th St
Minneapolis, MN 55415-1316

City of Plymouth - Utilities
Finance Dept
3400 Plymouth Blvd
Minneapolis, MN 55447-1448

City of St Cloud - Utilities
PO BOX 1501
Saint Cloud, MN 56302-1501

City of West St Paul
1616 Humboldt Ave
Saint Paul, MN 55118-3972

Coca Cola
PO Box 102703
Atlanta, GA 30368-2703

Comcast
41112 Concept Dr
Plymouth MI 48170-4253

Comcast
PO BOX 34227
Seattle, WA 98124-1227

Connover Packaging Inc
119 Despatch Dr
East Rochester, NY 14445-1447

Corporate Mechanical
5114 Hillsboro Ave
Minneapolis, MN 55428-4030

Curt Pedro
2100 Culver Court
Plainfield, IL 60586-8300

DMI Manufacturing Inc
Rose Mary
7177 Industrial Park Blvd
Mentor, OH 44060-5327

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

ECN Financial, LLC.
c/o C. Randall Woolley
444 N. Michigan Ave., Suite 3270
Chicago, IL 60611-3906

East Side Glass
305 Franklin Ave NE
Saint Cloud, MN 56304-0219

Ecolab
24673 Network Place
Chicago, IL 60673-1246

First Midwest Insurance Group
FM onsulants Inc
2720 S River Rd Suite 126
Des Plaines, IL 60018-4152

Fishbowl
POB 740513
Atlanta, GA 30374-0513

Franke Resupply Systems Inc
8007 Innovation Way
Chicago, IL 60682-0080

Franklin Machine Products
POB 8500 S-41570
Philadelphia, PA 19178-8500

Fyle's
POB 125
Nisswa, MN 56468-0125

General Parts LLC
11311 Hampshire Ave S
Bloomington, MN 55438-2456

| | | |
|---|---|---|
| Global Graphics and Design Inc<br>1625 W Candletree Dr<br>Peoria, IL 61614-8500 | Grade A Security<br>POB 50521<br>Minneapolis, MN 55405-0521 | H & K International Inc<br>POB 180729<br>Dallas, TX 75218-0729 |
| Haas Landscaping LLC<br>656 36th Ave NE<br>Minneapolis, MN 55418-1202 | Hartford Insurance Property<br>PO BOX 660916<br>Dallas, TX 75266-0916 | Horizon Food Service Equipt LLC<br>1960 Seneca Road<br>Saint Paul, MN 55122-6800 |
| ICEE<br>1205 Dupont Ave<br>Ontario, CA 91761-1536 | J&K Restaurant Services<br>11950 185th Street West<br>Lakeville, MN 55044-9456 | JNK Restaurant Services<br>11950 185th Street West<br>Lakeville, MN 55044-9456 |
| Just Contracting<br>Carrie Bergstrom<br>24215 Idalia Ave<br>Lakeville, MN 55044-8584 | Just Contracting LLC<br>24215 Idalia Avenue<br>Lakeville, MN 55044-8584 | Kay Chemical Co<br>28812 Network Place<br>Chicago, IL 60673-1288 |
| LEAF<br>PO BOX 742647<br>Cincinnati, OH 45274-2647 | LEAF Capital Funding LLC<br>2005 Market St<br>14th Floor Attn: Legal Dept<br>Philadelphia, PA 19103-7042 | MC's LawMC's Lawn and Landscape<br>PO 7032<br>St Cloud, MN 56302-7032 |
| McKee Sign Service<br>PO BOX 9899<br>Saint Paul, MN 55109-0899 | Metro Water Conditioning<br>612 12th Ave South<br>Hopkins, MN 55343-7821 | Mike Scholtes Refrigeration Inc<br>4219 75th Ave SE<br>Saint Cloud, MN 56304-9751 |
| Minnesota Department of Revenue<br>PO Box 64447 - BKY<br>St Paul, MN 55164-0447 | Minnesota Dept of Revenue<br>600 North Robert Street<br>Saint Paul, MN 55146-1176 | Minnesota Dept of Revenue<br>PO BOX 64622<br>Saint Paul, MN 55164-0622 |
| Minnesota Logo's<br>7373 W 147th St<br>#107<br>Apple Valley. MN 55124-7532 | Minnesota Restaurant Services Inc<br>8174 Padgett Ave NE<br>Otsego, MN 55330-4552 | Moe's Contracting<br>31832 Stewarts Bay Dr<br>Pequot Lakes MN 56472-3589 |
| Moe's Lawn & Landscape<br>8650 County Road 107<br>Nisswa, MN 56468-6867 | Moe's Lawn and Landscaping<br>8650 Country Rd 107<br>Nisswa, MN 56468-6867 | Mood Media<br>POB 71070<br>Charlotte NC 28272-1070 |
| NFA<br>2 MidAmerica Plz Suite 120<br>Villa Park, IL 60181-4711 | NUCO2 INC<br>PO BOX 417902<br>Boston, MA 02241-7902 | Northern States Power Company<br>A Minnesota Corporation<br>Xcel Energy Attn Bankruptcy Department<br>POB 9477<br>Minneapolis, MN 55484-0001 |

| | | |
|---|---|---|
| NuCO2<br>2800 SE Marketplace<br>Stuart, FL 34997-4965 | NuCO2 LLC<br>2800 SE Market Place<br>Stuart, FL 34997-4965 | Office of the U.S. Trustee<br>219 S. Dearborn St.<br>Rm 873<br>Chicago, IL 60604-2027 |
| On Deck<br>1400 Broadway 25th Floor<br>New York, NY 10018-5225 | On Deck Capital, Inc.<br>901 Stuart St. Suite 700<br>Arlington, VA 22203-4129 | PABS<br>5000 Legacy Dr Suite 410<br>Plano, TX 75024-3125 |
| PNC Equipment Finance<br>655 Business Center Dr<br>Ste 250<br>Horsham, PA 19044-3448 | Pacific Premier Bank<br>c/o John Rinaldi, Executive VP<br>123 Tice Blvd.<br>Woodcliff Lake, NJ 07677-7671 | Pan-O-Gold Baking Co<br>444 E Germain St<br>PO BOX 848<br>Saint Cloud, MN 56302-0848 |
| Paradigm Tax Group<br>3200 N Central Ave Suite 300<br>Phoenix, AZ 85012-2447 | Paul J. Battista, Esq.<br>Genevese, Joblove & BAttista<br>100 SE 2nd St., Ste 4400<br>Miami, FL 33131-2118 | Plunkett's Pest Control Inc<br>40 NE 52nd Way<br>Minneapolis, MN 55421-1014 |
| Protection One<br>PO BOX 219044<br>Kansas City, MO 64121-9044 | Protection One<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | (p)R F TECHNOLOGIES INC<br>P O BOX 142<br>BETHALTO IL 62010-0142 |
| RF Technologies<br>542 S Prairie<br>Bethalto, IL 62010-1818 | Rathbun, Cservenyak & Kozol, LLC<br>3260 Executive Dr.<br>Joliet, IL 60431-2822 | Redking Foods LLC<br>11775 Justen Circle Suite B<br>Osseo, MN 55369-4591 |
| Reinhart Foodservice<br>PO Box 58<br>Rogers, MN 55374-0058 | Reinhart Foodservice, L.L.C.<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>Milwaukee, WI 53212-1077 | Republic Services<br>POB 9001154<br>Louisville, KY 40290-1154 |
| Roto-Rooter Services<br>Diane Drummer<br>5672 Collections Center Drive<br>Chicago, IL 60693-0056 | SICOM<br>4434 Progress Meadow Drive<br>Doylestown, PA 18902-9868 | SWAMI CONSULTING GROUP INC<br>1509 LAKELAND BLVD<br>MATTOON, IL 61938-5913 |
| Samuel C. Wisotzkey<br>c/o Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>Milwaukee, WI 53212-1059 | Samuel Wisotzkey<br>Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Rd.<br>Milwaukee, WI 53212-1991 | See Clear Window Cleaning<br>13411 Memorywood Dr<br>Baxter, MN 56425-1003 |
| Service Master<br>PO BOX 2805<br>Baxter, MN 56425-2805 | Shamrock Group<br>2900 5th Avenue South<br>Minneapolis, MN 55408-2412 | Shoes for Crews Inc<br>PO BOX 504634<br>Saint Louis, MO 63150-4634 |

(p)SICOM SYSTEMS  INC
ATTN FINANCE DEPT
1684 SOUTH BROAD STREET
SUITE 300
LANSDALE PA 19446-5422

Smart Care Equipment Solutions
EEC Acquisition LLC
POB 74008980
Chicago, IL 60674-8980

St Paul Regional Water Services
Board of Water Commissioners
1900 Rice St
Saint Paul, MN 55113-6810

Staples
Dept Det
POB 83689
Chicago, IL 60696-0001

State of Minnesota
Minnesota Dept of Revenue
PO BOX 64447- BKY
Saint Paul, MN 55164-0447

Stephanie
Lacey-Pendolino
15715 S. Rte 59
Plainfield, IL 60544-2694

Supreme Lawn and Landscaping
PO BOX 7271
Saint Cloud, MN 56302-7271

Swami Consulting
1509 Lakeland Blvd
Mattoon, IL 61938-5913

TSBL Distributing
Chad Hadn
1475 Commerce Dr Suite 100
Saint Paul, MN 55120-1034

Twin City Filter Service Inc
2529 25th Ave S
Minneapolis, MN 55406-1280

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United States Trustee
POB 530202
Atlanta, GA 30353-0202

Viking Restaurants
11775
Justen Circle Ste B
Maple Grove, MN 55369

Waste Management
POB 4648
Carol Stream, IL 60197-4648

Xcel Energy
PO BOX 9477
Minneapolis, MN 55484-9477

Xcel Energy North
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Miriam R. Stein
Chuhak & Tecson, P.C.
30 S. Wacker
Suite 2600
Chicago, IL 60606-7512

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Zane Zielinski, Trustee
Zane Zielinski P.C.
6336 North Cicero
Suite 201
Chicago, IL 60646-4448

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of Treasury-Internal Revenue Serv
230 S. Dearborn
Room 2600, M/S 5014CHI
Chicago, IL 60604

Direct TV
PO BOX 60036
Los Angeles, CA 90060-0036

R. F. Technologies, Inc
542 S Prairie St
Bethalto, IL 62010-1818

Sicom Systems Inc
4434 Progress Meadow Dr
Doylestown, PA 18902

U.S. Bank National Association
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Alan D. Lasko and Associates

(u)Aldridge chasewater llc

(u)Brainerd Enterprises, L.L.C.


(u)Burger King Corporation

(u)Calhoun Realty Company d/b/a Calhoun Compa

(u)Element Financial Corp.


(u)Pacific Premier Bank

(d)20/20 FRANCHISEE FUNDING LLC
2 Mid America Plaza, Suite 120
Oak Brook Terrace, IL 60181-4711

(d)Just Contracting LLC
24215 Idalia Avenue
Lakeville, MN 55044-8584


(u)PNC Equipment Finance, LLC
c/o Thomas V. Askounis, Esq.,Askounis &

(d)Pan-O-Gold Baking Co
444 E Germain St
PO BOX 848
Saint Cloud, MN 56302-0848

(d)Reinhart Foodservice, LLC
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, WI 53212-1077


(u)Andy Kocemba

(u)Frank Phelps

(u)Joan DeSouza


End of Label Matrix
Mailable recipients    138
Bypassed recipients     15
Total                  153

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: P3 FOODS, LLC, | Case No. 16-32021 |
| | Hon. Pamela S. Hollis |
| Debtor. | Chapter 7 |

**REINHART FOODSERVICE, LLC'S MOTION FOR ALLOWANCE
OF POST-PETITION, CHAPTER 11 ADMINISTRATIVE CLAIM**

Reinhart Foodservice, LLC ("Reinhart"), by its undersigned attorneys and for its Motion for Allowance of Post-Petition, Chapter 11 Administrative Claim (the "Motion") states as follows:

### JURISDICTION

1. This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is appropriate in this court pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

### FACTS

2. On October 6, 2016 ("Petition Date"), P3 Foods, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et. seq*.

3. On June 30, 2017, Reinhart filed its Motion for Allowance and Immediate Payment of 503(b)(9) Claim. CM-ECF Doc. No. 122. On August 10, 2017, the Court entered an Agreed Order allowing Reinhart's administrative expense claim pursuant to 11 U.S.C. 503(b)(9) ("503(b)(9) Agreed Order") in the amount of $65,939.93 ("Reinhart's 503(b)(9) Claim"). CM-ECF Doc. No. 154. The Agreed Order further provided that the Debtor would pay Reinhart's 503(b)(9) Claim in twelve equal monthly installments in the amount of $5,494.99 beginning September 11, 2017.

4. On May 8, 2018, the Court entered an order converting the case to one under Chapter 7 (the "Conversion Date").

5. On May 9, 2018, Zane Zielinski was appointed as the Chapter 7 Trustee.

6. As of the Conversion Date, the Debtor had stopped making the agreed payments on Reinhart's 503(b)(9) claim, leaving a balance of $27,479.69.

7. Additionally, after the Petition Date but prior to the Conversion Date ("Post-Petition, Pre-Conversion Period"), Reinhart continued to supply the Debtor with certain goods, in the form of food and food products. The Debtor failed to pay for these goods.

### Post-Petition, Pre-Conversion Administrative Expense Claim

8. During the Post-Petition, Pre-Conversion Period, Reinhart provided the Debtor with food and food products which were necessary for the Debtor to continue operating their restaurant locations, preserving value for the estate and its creditors.

9. Reinhart is still owed not less than $32,173.95 for obligations incurred during the Post-Petition, Pre-Conversion Period. A summary of amounts due comprising this total is attached hereto as Exhibit A.

10. Further, the Debtor acknowledges unpaid obligations owed to Reinhart incurred in the Post-Petition, Pre-Conversion Period in an amount similar to the amount alleged in this Motion. See Schedule of Unpaid Debts Incurred After Filing of the Petition and Before Conversion of the Case, CM-ECF Doc. No. 275.

11. As Debtor continued to use and receive the benefits of goods provided by Reinhart during the Post-Petition, Pre-Conversion Period, Reinhart is entitled to a post-petition Chapter 11 administrative expense in the amount of $32,173.95. See 11 U.S.C. § 503(b)(1)(A).

12. The requested $32,173.95 administrative expense amount constitutes the actual, necessary costs and expenses of preserving the Debtor's estate.

**503(b)(9) Claim**

13. Pursuant to the 503(b)(9) Agreed Order, Reinhart was entitled to a 503(b)(9) claim in the amount of $65,939.93, payable in twelve equal monthly installments. Although the Debtor made some payments as agreed, the debtor has made no payments on Reinhart's 503(b)(9) Claim since approximately March 2018, leaving an unpaid balance of $27,479.69.

14. Reinhart remains entitled to an allowed administrative priority claim in the amount of $27,479.69.

WHEREFORE, Reinhart respectfully requests:

(a) an order allowing payment of an administrative expense claim pursuant to 11 U.S.C. §503(b)(1)(A) in the amount of $32,173.95;

(b) an order confirming the allowance of its 503(b)(9) Claim pursuant to the 503(b)(9) Agreed Order in the amount of $27,479.69; and

(c) an order requiring the Chapter 7 Trustee to pay Reinhart's allowed administrate claims at the same time all other Chapter 11 administrative claims are paid; and

(d) an order awarding Reinhart such other and further relief as the Court deems just and proper.

Dated: October 15, 2018

KOHNER MANN & KAILAS, S.C.
Attorneys for Reinhart Foodservice, LLC

By:   /s/ Samuel C. Wisotzkey
Samuel C. Wisotzkey
IL Attorney No.: 90785503
WI Bar No. 1029537
4650 N. Port Washington Rd., Suite 250
Milwaukee, WI 53212
Telephone (414) 962-5110
Facsimile  (414) 962-8725
swisotzkey@kmksc.com

Exhibit A

| Customer | Store | Amount |
|---|---|---|
| 31004 | Burger King #2423-Brainer | $738.82 |
| 31006 | Burger King #139-Mpls | $5,925.44 |
| 31007 | Burger King #2794-St Clou | $2,463.59 |
| 31008 | Burger King #2920-St Paul | $4,080.36 |
| 31009 | Burger King #3519-W St Pa | $4,309.06 |
| 31010 | Burger King #3970-Eden PR | $3,637.05 |
| 31011 | Burger King #4006-Eden Pr | $2,554.78 |
| 31012 | Burger King #4669-Plymout | $3,708.31 |
| 31013 | Burger King #13662-Mpls | $4,756.54 |
| | | |
| | Total: | $32,173.95 |