UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>P3 FOODS, LLC<br><br>Debtor(s) | BK No.: 16-32021<br><br>Chapter: 7<br>Honorable Pamela S. Hollis<br>Joliet |

## AGREED ORDER FOR ALLOWANCE OF
## POST-PETITION, CHAPTER 11 ADMINISTRATIVE CLAIM

This matter coming on to be heard on the motion of Reinhart FoodService, LLC ("Reinhart") seeking an order allowing Reinhart a post-petition, Chapter 11 administrative claim (the "Motion"), due notice having been given, the Court having considered the pleadings filed herein, the record of this case, having heard statements of counsel, being informed that Reinhart and the Trustee have consented to the relief set forth herein, and otherwise being fully advised:

It is therefore ordered:

1. The Motion is granted.

2. Reinhart is hereby allowed a post-petition, Chapter 11 administrative claim in the amount of $32,173.95.

3. Reinhart's remaining unpaid 503(b)(9) claim is $27,479.69, reflecting a credit for payments received from the original claim of $65,39.39 pursuant to the Agreed Order allowing Reinhart's 503(b)(9) Claim (Doc. No. 154).

4. Any payments on allowed chapter 11 administrative claims shall be made subject to either further order of the court on notice and motion or made pursuant to the Trustee's final report.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: NOV 1 6 2018

**Prepared by:**
Samuel C. Wisotzkey, Esq.
KOHNER, MANN & Kailas, S.C.
4650 N. Port Washington Road
Milwaukee, WI 53212
Telephone (414) 962-5110
Facsimile (414) 962-8725
swisotzkey@kmksc.com